(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Ronald G. Johnson #182421
(Name of Plaintiff)   (Inmate Number)

P.O. Box 9561
Wilmington, Delaware 19809
(Complete Address with zip code)

(2) — N.A. —
(Name of Plaintiff)   (Inmate Number)

— N.A. —
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06-240
(Case Number)
(to be assigned by U.S. District Court)

vs.

(1) State of Delaware
(2) Andrew Vella (State of Delaware Assistant Att. General)
(3) Officer Cpl. Scott Simpson #2320/N.C.C.P.D.
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

•• Jury Trial Requested

FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I.   **PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N.A.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? · · Yes ·(·No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ·(·Yes) · ·No   N.A.

C. If your answer to "B" is Yes:   N.A.

  1. What steps did you take?  N.A.

  2. What was the result?  N.A.

D. If your answer to "B" is No, explain why not:  N.A.

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant:  State OF Delaware A.G. Office
Employed as Department of Justice at 820 N. French Street
Mailing address with zip code: Wilmington, Delaware 19802

(2) Name of second defendant: Andrew Vella (State of Delaware Assist Attorney General)
Employed as Assist Attorney General State of Delaware at 820 N. French Street
Mailing address with zip code: Wilmington Delaware 19802

(3) Name of third defendant: Numerous " N.C.C.P.D Officers " (New Castle County Police Department)
Employed as 3601 N. Dupont Hwy. at New Castle County Police Dept.
Mailing address with zip code: New Castle Delaware 19720

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

4. Superior Court For The State OF Delaware In And For New Castle County 500 N. King Street, Wilmington, Delaware 19802

5. Court of Common Pleas, In And For New Castle County 500 N. King Street, Wilmington, Delaware 19802

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Listed on Brief

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Award me $500,000, Five Hundred Thousand Dollars in damage and suffering et. al.,

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3rd__ day of __April__, 2_2006_

_____Ronald Johnson_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4