# United States District Court
## For The District OF Delaware

Ronald G. Johnson #182421
P.O. Box 9561
Wilmington, De 19809

V.   Plaintiff

Defendants Below

State OF Delaware, & Andrew Vella
(Delaware Assist A.G.)

Officer, Marc Alfree #2555/N.C.C.P.D.

Officer, CPL. Simpson Scott #2320/N.C.C.P.D.

Officer, PFC Unger #2478/N.C.C.P.D.

Officer, Sgt. R. Schlecker #2296/N.C.C.P.D.

Officer, Graham #2603/N.C.C.P.D.

Court OF Common Pleas For The State OF Delaware, In And For New Castle County

Mayor, Baker

New Castle County Police Department

Superior Court OF The State OF Delaware, In And For New Castle County, & Judges

06 - 240

Civil Action No,

Related Case Mapp v. Ohio 367 U.S. 495

($ 500,000,) Five Hundred Thousand Dollars Lawsuit And Tort Claim.

"Jury Trial Requested"

Related Case Monroe v. Papp 365 U.S. 167

FILED
APR 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Filing OF Lawsuit Pursuant To 42 U.S.C. 1983, 42 U.S.C. 1985, 42 U.S.C. 1986, And Tort Claims Act

Comes now the plaintiff Ronald G. Johnson and File this ($ 500,000,) Five Hundred Thousand Dollars Lawsuit against the above Named Defendants. In Support thereof Plaintiff asserts the Following.

Pages 1-28

i.) Statement OF The Claims Against OFFicer, Sgt. R. Schlecker # 2296/N.C.C.P.D. "Incident happen April 15,05 Around 12:00 AM

a.) OFFicer, Sgt. R. Schlecker presented Fraud to OFFicer, PFC Unger #2478/N.C.C.P.D, that Plaintiff "R. Johnson had threaten to harm himself with a knife and had barricaded himself inside the apartment." "4th And 14th Amendments Constitutional Violations"

b.) This lie and Fraud was told to OFFicer, PFC Unger #2478/N.C.C.P.D so these OFFicers, Sgt. R. Schlecker and others could have illegally break and enter the Plaintiff house. These OFFicer gave OFFicer Unger False inFormation so he and them could kick in my home door With-out a warrent or Search warrent. In doing So they Violated Plaintiff 4th Amendment Federal Constitutional Rights And 14th Amendment Due Process Rights.

c.) "Federal Civil 4th Amendment Constitutional Violations" The Fourth Amendment States "The Rights of the people to be secure in their person, house, papers and effects, against unreasonable Search and Seizure Shall not be Violated, and no warrent Shall be issued, but upon

(2)

Probable Cause, Support by Oath and affirmation and Particularly describing the place to be Searched and Person or thing to be seized.

See: Weeks V. United States 1914, 232 U.S. 383

See: Polko V. State OF Conn. 1937, 302 U.S. 319, 585 S.Ct. 149 82 L.Ed 288

See: Page 393 of 232 U.S. at page 344 of 34 S.Ct.

## Statement OF The Facts

d.) The Plaintiff did not have a Knife. I had not threaten to harm myself with a knife and I had not barricaded myself in my house. That was all lies and Fraud that Sgt. Schlecker had told Officer Unger, to have my door kicked in with-out a warrent or Search warrent in Violation of my Constitutional Right to be secure in my home, person et. al.)

e.) Officer PFC Unger's own police report States they Could see threw my window and was looking threw my Windows, so they knew I did not have a knife and that I had not barricaded myself in my house.

f.) " Filing OF Exhibits "In Support OF Claims Against Officer Sgt. R. Schecker # 2296 / N.C.C.P.D "
     I File Exhibit #A a Copy of Officer PFC Unger #2478/ N.C.C.P.D in Support of my Claims against Sgt R. Schecker.

③

"2) Statement OF The Claims Against CPL. Scott Simpson #2320/ N.C.C.P.D. OFFICER "Incident happen Around April 15, 2005 12:00 AM" "First Cause"

a) Cpl. Scott Simpson assaulted the Plaintiff several times over and over again for no reason at all.

"Statement OF The Facts"

b) OFFicer Came to my home on April 15, 2006 and took Plaintiff into custody. officer Cpl Simpson assaulted the Plaintiff over and over for no reason. I was held down by numerous officers While officer Simpson Dry Stun me with a taser. I could not move and was not resisting. I was unable to move.

"Second Cause"

c) OFFicer Cpl Scott Simpson #2320 attacked the Plaintiff assaulting him and pushing hand cuffs on his rist crushing his bones. And Dry Stun Plaintiff with his taser. This was done because Plaintiff was awaken by ambulance medical nurse and asked had he taken a oven doze as the OFFicer Claimed.

d) I told the OFFicer no I am I black man like You and there is no way I would Commit suicide. They just Kick in my door With-out a Search warrent or warrent and assaulted me how they frieng to Cover their ass and I am going to Sue them, At

④

that point I was attack by Cpl Scott Simpson.
He said Shet up, Crushed my Cuff on my rist
Crushing my rist, Then Stunned me With a taser.

e.)" Filing OF Exhibit #B In Support OF Claims Against

OFFicer CPL. Scott Simpson #2320/N.C.C.P.D. Is his

Police Report"

## Statement OF The Facts

F.)   CPL. Simpson Claim Plaintiff Attempt to kick him
with his Feet. Then raised up with his upper body area
attempting to Strike writer, "Di then attempted to kick
writer with his Feet and then raised up with his body
area  attempting to Strike writer."

g.) This Statement is said right after this statement
" Di was being Very Verbal with the ambulance Crew, As writer
approached the Ambulance Di was trying to get OFF of the
Stretcher".

## Statement OF The Facts

h.)  I had been awaken by the Ambulance and asked had
I committed a over- doze I said are you Crazy I am
a blackman just like you we go threw problem all the time
but we don't Commit Suicide. No these OFFicer just kicked
in my house door Now they trying to Cover their ass, But
I am Suing them For kicking in my door with-out a
warrent or Search warrent as Stated in 2) c.)

3) <u>Statement Of The Claims Against Officer Graham #2603/N.C.C.P.D.</u> " <u>Incident happen April 16, 2005 Around 1555 Hrs Supposed</u>"

<u>Statement Of The Claims</u>

a) On Or Around April 16, 2005 Officer Graham #2603 Of N.C.C.P.D. made a False Statement against the Plaintiff that Plaintiff was arraigned before judge Mcnesby From Justice Of The Peace, Court #11.

b) That's Fraud the (Defendant) (Plaintiff) never appear before a judge and arraigned. on April 16, 2006. These officer are require by Law to bring me before a Magistrate or judge upon arrest. See Superior Court Rule of Criminal Procedure 1 – 12 . These officer Prepare their own bail for me and held me with-out jurisdiction and authority.

c)    At such a Hearing the Plaintiff would of been able to State his side of the Story mainly the troth and may be release on his own Signiture, But in-Stead was held by these officer on their bail of 22,000 or so "<u>Cash bail</u>"

"<u>Filing Of Exhibit #C In Support Of Claims Against Officer Graham #2603 Is His Police Report Stating I appear Before A Judge Mcnesby,</u>"

To beat my Claim I Challenge Officer Graham to get a Copy Of this Hearing he Claims I appear before on April 16, 2006

<u>"Statement OF The Claims Against OFFicer</u>
<u>PFC Unger #2478/N.C.C.P.D.</u> <u>"" Incident happen April 15,</u>
<u>2005 Around 11:00 Pm 12:00 Am Midnight</u>

## <u>First Cause : Fraud Violations OF 42 USC 1986.</u>

F.) OFFicer PFC Unger kick open my home door know
ingly base on Fraud. He Falsely Claims he or his
reason For kicking open my home door was becouse
I had Sgt. Schlecker had advised him that "R.
Johnson had threaten to harm himself with a knife
and barricaded himself inside".

## <u>Statement oF The Fact</u>

g.)     There were oFFicers at every window of my
house looking in. OFFicer unger knew already I
did not have a knife and I had not barricaded
myself in. And Lastly he knew I had not threaten
to harm myself. After he kick in my home door
he ran out side Straight to the window of my bedroom
where I was laying on my bed. He just was
the one with the heart to illegally kick open my
door with-out a warrent or Search warrent.

(7.)

4.) Statement Of The Claims Against Officer Marc Alfree
#2555/N.C.C.P.O. " "Incident happen April 15, 2006 At
Or Around 12:00 Midnight "

" Fraud And False Arrest By Officer Alfree "

Cause Of Claims

" Statement Of The Facts "

a.) Officer Alfree Filed False Charges against the Plaintiff. That he was told by my (Fiancee) future wife that I held her in the house with a 13 inch butcher knife. He gave me a Charge unlawful imprisonment

b.)          " List Of "False Charges" He Gave Plaintiff "

1.) Unlawful Imprisonment In The First Degree
2.) Possession Of A Deadly Weapon During The Commission Of A Felony
3.) Offensive Touching Of A Law Enforcement Officer
4.) Offensive Touching Of A Law Enforcement officer
5.) Resist. Arrest
6.) Resist Arrest
7.) Menacing
8.) Offensive Touching

⑧

c.) " OFFicer Marc Alfree Transformed The Truth In To Lies, From Lies Into Serious Criminal Charges ",

" Statement OF The Facts "

d.) Around 12:00 Noon Me and My girlfriend Michelle A. Roebuck got into a arguement regarding rent what she had to pay next month and I ask her to get $10 or $20 out her ATM Account and Michelle ran out the house in a rage.

" Length OF Incident Below Is About 60 seconds "

e.) 8:00 Pm Michelle came back She had two girls and a Guy with her. I knew the one girl name Angy. Angy or Angie told me she had taught Michelle how to make $20.00 and She had also made $10.00 So Michelle had made $30.00 all together. (I believe Michelle gave me $9.00 which I hid for her after she left.) I asked Angie how Michelle made $20.00 She would not explain so I begin asking Michelle. Michelle Eyes was open, But her mind was in another world. So I begin trying to get Michelle to shap back to reality. But Angie kept jumping in front of me. So I got tired of Angie's interruptions. I told her to shet up. She kept babbling. So I said get out. No give Michelle her money then get out. She refused to give Michelle her money or get out. So I grabbed a Knife out the

kitchen and pointed at Angie and said give Michelle her money she refused. So I couldn't do nothing. So I Said O.K. get out and went to put up the knife. Angie ran out the door with Michelle's $20.00 A Michelle ran after her I stayed.

## List OF Cause And Claims Against OFFicer Marc Alfree

h) OFFicer Alfree presents Fraud against the PlaintiFF and transform the truth at g) above into a lie. Michelle told him I pull the knife and asked Angie for her money. He ask where I was Standing I was near the door. So he added to the truth making if I held them in the house at knife Point. demanding money.

## "Statement OF The Facts"

i) No one knew I went to get a knife. I pop up with the knife I demanded money Michelle's $20.00 which she refuse to give Michelle at that point I put down the knife. this incident with the knife lasted 5 seconds. Because she immediately said no. So I went to put up the knife and She ran out. I pulled out the knife and put it up so quick they had no time to think oF leaving.

5.)  ## Relationship OF All Parties Victim (Accused) And Friends

a) Angie is a very good Friend of the Family and Secret sex partner of the plaintiFF. I cut oFF our relationship when Michelle my Fiancee came from Virginia to Delaware to see me. I had been locked up For Tax Fraud was out 2 months.

Michelle is my Future wiFe and Fiancee who only been in town For 3 weeks. I payed her way here. She say where ever I stayed. None of my Family like her because she

mentally ill and a drunk. So I stayed with my Mom and brother. So she follow where ever I went. Because she is uncontrolable. She breaks stuff, says Disrespectful things. She is totally a mess after a few drink. Which she drink almost all the time. She was there for her last chance with me.

6) "Federal Civil 4th Amendment Constitutional Violations And 14th"

"The right of the people to be secured in their persons in their person, house, papers, and effects, against unreasonable searches and seizure, shall not be violated, and no warrents shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized"

7)  " Cause #1 Against All Officers "

a) These officers kicked in my door without a warrent or search warrent violating Plaintiff Constitutional Rights. Under the 4th Amendment And Due Process 14th Amendment, To be secure in his person and property.

Cause #2 Against All Officers

b) These officer created 3 Different Ground To Violate The Plaintiff 4th And 14th Amendment Rights

These officer created 3 false reason to kick in my house door. 1.) That I had 3 peaple in my house at knife point and would not let them go

2) I had taken a over - doze on my prescription medication,

3.) I had threaten to harm my self and barricade my self

⑪

## Statement OF The Facts

c.) There were officers at every Window looking in and Shining Flash lights you Could hear them to. They admitt in their Police Reports that they was looking in, And you Could See in the house threw the Cracks in the door. And you Could See in the house threw the peep hole.

### The Incident With the Knife Happen 8 PM It's 12:00 Am Midnight

d.) I never told any officer that I had a knife. Nor did I have a knife. The incident with the Knife happen at 8:00 Pm. The officer are at my house at 12:00 Midnight. I had not had a knife in 4 hours I only had it for about 10 seconds.

I never told any officer that I was going to hurt myself and I never had a knife and I never barricaded myself in

### I Never Attempt To Commit Suicide

e) The officer Falsely made up the Claim I was Committing a over-doze. They Claim Michelle told them this. They knew Michelle had not been to my home in over 4 hours. It was no way Michelle knew what I was doing.

### Fraud Presented By officer Alfree #2555

f.) He claims it officer Alfree #2555 Claim I held 3 others in the house at knife Point and would not allow them to leave. Yet he Contridic. this by no seeking other Victims (accused)

(12)

8.) List of Causes And Claims Against Marc AlFree #2555 And Numerous Other Officer. "Re: False Charges"

"Statement of Facts"

a)   These officer accuse me of false Charges. They transform the truth into a lie then into Criminal Charges.

Claims And Violations Re: Offensive Touching

b)   Officer Kicked in my bedroom door after kicking my Front door. I was intoxicated and on my prescription medication So I moved Slow. I was Commanded to Stand up, set down, lay down, get on the Floor it was Six officer giving Commands. So I listen to CPL Scott Simpson #2320/N.C.C.P.D.. Il I asked him what he wanted me to do. He said stand up show my hands. I did. I was taken down and Cuffed and assaulted by a Stun Gun Taser. For no reason at all.

Statement OF The Facts Re: Offensive Touching

These officers accuse me of Offensive Touching of the Officer Simpson CPL #2320. Because he grabbed me and push me off balance my hands touch him trying to maintain my balance. I was on (Prescription) (drugs) that makes me move very very Slow. The officer Could of walked up to me and Just put on the Cuffs. They attacked me because they wanted to. Then to Cover their assault they accuse me of assault. The Fraud is they accused me of "intentional" assault. knowing I did not mean it, Nor did I do it.

(13.)

" 9.) List Of Causes And Claims Against Marc Alfree #2555
# 2555 And Numerous Officers Continue Re: False Arrest "

Claims And Violations Re: Second Offensive Touching Charge.

## Statement Of The Facts

a) Officer Alfree #2555 Falsely Again accuse me of assault or Offensive Touching of a Law Enforcement Officer. "Proof Of Fraud" is he accuse me of assaulting Officer Cpl. Scott Simpson #2320 N.C.C.P.D. But in Officer Simpson's Police Report he himself states I did not assault him.

" Claims And Violations Re: Resist Arrest "

b) Officer Alfree #2555 Falsely gave me a charge of Resist Arrest For not putting my hands behind my back when he Order me.

## Statement Of The Facts

(7) Seven officers kicked in my bedroom door While I was laying on my bed under medication and intoxicated. (7) officers gave me orders to Stand up, Lay on the Floor, put my hands up, put my hand behind my back. My medication and the alcohal had me so I could not move. I ask Cpl Scott Simpson what he wanted me to do he said Stand up So I did.

## Cause And Claims Against Officer Alfree #2555

He was behind the 5 or 6 officers he know I Could not do his order and in his own Police Report and

(14)

OFFicer CPl. Scott Simpson's they State I spoke to CpL Scott Simpson's order. So he knew his Charge was False. Intend is a major part of any Charge. He knew I did not intend to do this or any Charge.

10.) Cause And Claim Against Officer Alfree # 2555 Fraud

Fraud Claim And Violation Re: Resist Arrest

a.) Office Alfree Falsely Accuse me of a charge of Resist Arrest Knowing I was not resisting arrest.

Statement OF The Fact

b.) OFFicer CPl. Scott Simpson assaulted me for telling the Ambulance I was going to Sue the officers for making of Fraud to kick in my house door and bedroom door and for assaulting me with a Dry Stun Taser. I was assault by officer Simpson pressing my Cuffs so hard they crushed my bones. For what I said and was said to Ambulance nurse.

False Charge OF Resist Arrest

c.) OFFicer Alfree Falsely accuse me of Resist Arrest for trying to sit up and twist my rist so the Cuffs would not crush my bones. I told him and CPL Simpson why I sit up. He said to me. There is nothing wrong with you. You want to talk So much.

Concluding

Every Charge was False and him and the other officers knew.

11.) List Of Causes And Claims Against "Superior Court Of The State Of Delaware, In And For New Castle County" And "Judges" There of, List of Claims And Causes Against "State Of Delaware" And "Andrew Vella" And State of Delaware Appeal Attorney "Loren C. Meyers" "And Delaware Supreme Court".

## Statement Of The Facts
### Votions of Speedy Trial, Equal Protection of Lawst.

a) For over 300 days I request a Speedy Trial and For Superior Court to give me a Forum to Confront the State. To See if the State had a Victim or Victim address. Because I wanted to Dismiss the Charges that relates to the Victim Michelle Roebuck. Michelle Roebuck my Fiancee do not live in Delaware She lives in Virginia. My mother address and mine is where they Claimed Michelle lives. Michelle was kicked out the day I got incarcerated. My Family and Friends do not Comunicate with her at all. She Michelle only Could Stay With me Where ever I go, I pay her way here to visit and She was Staying With me as I Stay From place to place. I Lived with my Mother and my brother From time to time I had just got out of Prison For Tax Fraud.

b) For over 300 days The Court Superior Court refused me a Forum to get the Charges of Michelle or relating to Michelle dropped.

(16)

b) That's A Violation OF My Speedy Trial Rights, Equal Protection OF Law Rights, And Due Process of The Law Rights

## Statement Of The Fact

c) Upon this False Arrest I File a Motion For A Speedy Trial, To waive all Case Reviews And have one Hearing to See if the Officers had a warrent or Search warrent to kick in me and my Mother's home door. And to argue I was incompetent or insane at the time of the accuse Offenses.

d) Violations OF Equal Protection OF Law And Due Process of Law And Speedy Trial Right Violation

e) Three Hundred days has past I have not had trial, Trial was not Set until 11 month after arrest. And the Trial date was was Set over 365 days From arrest Violating my Speedy Trial Rights. They Court did not give a Hearing To Suppress Charge, Or a Hearing For Severance OF Charges in over 300 days. Also the State never Provide the needed Discovery information need For trial.

f) Right To Dismissal OF All Charges In Superior Court

g) The Plaintiff has Filed Numerous Motion to Superior Court To Dismiss Charges. For Violation OF Plaintiff 4th Amendment Constitutional Rights And His 14th Amendment Due Process Rights. By break in his house without a warrent or Search warrent it Call illegal Search

(17.)

and Seizure.

H.) "Constitutional Law And Criminal Law"

"All evidence obtain by Search and Seizure in Violation of
of the Constitution is Constitutional inadmissible in State Court"

"Evidence obtain by unconstitution Search was inadmissible in
State Court prosecution, And Vitiated Conviction, under the Fourteenth
Amendment

See: Mapp v. Ohio 81 S.Ct. 1684, 367 U.S. 495

See: Monroe v. Pape 365 U.S. 167, 81 S.Ct. 473

I.) Fruit-of-The-Poisonous Tree-Doctrine, Criminal Procedure
The rule that evidence derive from and illegal Search, arrest, or
interrogation is inadmissible because the evidence (the Fruit) was
tainted by the illegality (the "Poisonous Tree") Under this inad-
missible if the map showing it's location and is used to find
the ~~drug~~ drugs et seize during an illegal search is inadmissible
in State Court

Concluding

J.) I Presented to the Superior Court Judges, And the State of
Delaware Prosecuters. I Also Present to the Supreme Court judges
that the officer charges must be Dismissed because they derive
from a unconstitutional illegal Search and Seizure, And that the
State never had the accuse Victim address nor did they have the
accused Victim. The judges never address the issues. Nor did the
State Comfort and Dismiss the Charges. I know that they had not
the Victim. Knowing no conviction could be sustained. Waisting
the Plaintiff time, hold him incarcerated Knowing all Charges
Should be Dismissed

12.) "Claims Against Mayor Baker of Delaware, And
Claims Against New Castle County Police Department"

Mayor Baker is the Person in Charge of these Officers and Can punish them For their action and Can Sign a Settlement of these Claims. New Castle County Police Department is the Place these Officer work for and Can be made to pay For the actions of their employees. Therefore these two parties Can be liable For the actions of these parties by Suit or Tort Claim.

13.)      Summarry Of The Damages: "Cruel And Unusual Punishment"

a.) The Plaintiff has been held For False Charges For over 300 days.

b.) Plaintiff was assault by these officers and Subject to a long incorceration base of Fraud of these officers.

c.) Plaintiff has been Subjected to trial and Hearing in which he Could have receive Some 10 years or more.

d.) Plaintiff have Suffer For over 300 hundred days For Mental Stress, anxiety, Physical Suffering, Financial Suffering. I had a job with my brother.

e.) My Mother has died. It was due to Some neglect. Which I would Of been living with her to Care and assure her good health.

f.) Plaintiff Supports his kids and grand Kids my Family has Suffered.

g.) While incarcerated I have Suffered violence From jail officers and inmates.

"Cruel And Unusual Punishment"

h). This was all done to the Plaintiff Knowing the Plaintiff was innocent and that there was no way legally For the State OF Delaware, Attorney General's Office to Substain a Conviction.

Statement OF The Claims Against Court OF Common Pleas In And For New Castle County, Magistrate Judge And State OF Delaware And Prosecuter For State OF Delaware

"Violations OF Equal Protection OF Law And Due Process OF Law." "Fraud Presented by Prosecuter And Officer" "And Against Superior Court And Judges

" On April 22, 2005 This Incident Happened "Preliminary Hearing"

Statement OF The Facts

On April 22, 2005 I appear before the Court OF Common Pleas In And For New Castle County, For A Preliminary Hearing. No arresting officer appear. The Prosecuter put on a False Witness. I asked the Magistrate Judge and the State OF Delaware prosecuter who was the arresting officer. The Judge Nor the prosecuter Could tell me. I Move the Court of Common Pleas Judge to Dismiss the Charges or Nolli Process them. them. The Magistrate Judge refused to Dismiss the Charges or Nolli Process them. The Judge allowed the Prosecuter to put on a False Witness. She allowed the Prosecuter to put on a Witness I Cross examined the Witness who was a Officer. Under Cross examination he broke and said he was not the arresting officer and that he did not Know who was

who was the arresting officer. He also said he do not know who might of arrest me. He testified he was not there.

Then the Prosecuter waiving to him instructed him to say he saw me hit a officer in the chest. Then again under cross examination he testified he was not their.

The judge violated the good Faith by not Dismissing the charge. That's a violation of Equal Protection of Law. And Due Process of Law.

"Judges Refuse to give Transcript of Preliminary Hearing April 22, 06 To Cover Violation"

The Prosecuter Presented Fraud and Perjury by putting on a False Witness.

Title 42 USC 1983, Tort Claim Act
Title 42 USC 1986, Title 18 USC 242, Title 42 USC 1985, 18 USC 241

Under Title 18 USC 242 it's a Criminal Offense for a officer or judge to know Rights are being Violated and to have the Jorisdiction and authority to stop said violation.

Pursuant to Title 42 U.S.C 1986 Congress Mandate that any Person officer, Prosecuter or Judge who do not stop or prevent right from being Violated is liable to the Party who rights has been Violate for damages.

Pursuant to Title 42 USC 1985 "Every Person who, under color of any Statute, Ordinance, regulation, custom, or usage, of any state subjects, or causes to be subjected, any citizen of the United States or other person within the Jorisdiction thereof to the deprivation of any rights,

Privileges, or immunities secured by the Constitution and Laws, Shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress".

## Damage OF This Magistrate Judge Prosecuter And Officer

Had not the Prosecuter put on Fraud and Perjury and If the Officer refused to put on Fraud, and Had not the Judge Knowingly allowed them to Committ Fraud my Case would of gotton Dismissed at that time. These 3 Work together a Fraud and allow perjury which resaughted in my Case Continuing.

The thing about this is the arresting Officer did not Come knowing the Case would of been Dismissed. He did this mostly to prevent having to Committ Fraud and perjury. But the prosecuter and the Officer was bold enough to put on Fraud. They did the unGodly deed because they knew the judge was a evil as they were. These wicked people Violated law and is liable for all the Damage as much as anyone else. They act under Color of law in the Sceme to prosecute a innocent man.

The Case was suppose to be Dismiss when these Officers and judge Could not tell me who was the arresting Officer, Nor Could they produce a valid warrent. So there was no known person prosecuting. They illegally Continued

They illegally Continued they Case. The Case was to be Dismissed at that Time.

## Summary OF Claims As A Whole And Other Violations

On April 15, 2005 Officers Came to my house. They knock on the door no they beat on the door, I answer them. But refuse to open the door, Because Michelle my girl. Friend is a Psychopath who get drunk and runs the street, She takes off her Clothing, She grabbs on peaple She do not know. She bust hole in peaple Wall in their homes, She say disrespectful things she do disrespectful things. Once drunk I become her enemy enemy. Once I tell her stop drinking or Complains about her actions she take off out the door, She roams the Street for miles or around the close area . She keeps buying beer and other drinks till she Cannot be understud. But she can be brought threw enough to ask a quick question.

Every time She does this either She call the police or Someone else does, So when the Officers ever Comes to my house I always know it's about her. They want to unload her safely out of their hands. And under stay law they have a rule if they are Call to a demestic incident they must arrest Someone, And they target black males, So I have never but once open my door. They Came in illegally and arrest me for a assault. They normaly tell her before they Come that somebody got to be arrest either her or me. So they Fish for Something I might have done. They take anything and transform it to a lie, then Criminal charges.

So I never open the door and officer despise anyone who will not allow them to Come in their house. They have beat on every Window in my other house Crack one, Beat dents on my door, Look in I always answer and never let them in. They be at a rage when

when you do not let them in. I yell to them she is drunk take her to jail or let her go, when she come back alone I will let her in. I have dozen of peaples and Friends who have been there who will testify to this. I tell them what's going to happen when she leave running out because all the beer is gone. Or we refuse to give her more, Michelle s'natch peaple drinks and you can't put one down.

So peaple have been in my house numerous times and this has happen. I tell them shet up. Drink your beer wacth T.V. used the bathroom do what everyou want. They (the police) not getting in.

## Michelle A. Roebuck's State OF Mind, Accuse Victim

### Taken From OFFicer PTLM Trudeau's Police Report

"Writer observe that Michelle while speaking would start laughing, then become very agitated and begin yelling. Writer had advise Michelle to calm down numerous times. Michelle Continued to speaking Jumping back and Forth From numerous Subjects and not making sense. Writer TOT Michelle To OFFicer Price .NFD.

These officer wanted Michelle out their hands. I would not let them falsely arrest me. I guess the intended Charge was offensive Touching of Michelle. Michelle had told them that I touch her to get her Attention which did happen but it was with love and Concern. To be a Charge it must be offensive and done on purpose to Cause alarm. But

They Could not arrest me for that because they Could not get a warrent or Search warrent for a misdeameaner Charge OF offensive touching.

So they begin to Create, Conjure up False Charges Felony(5) to Charge me with. So they Created by misrepresentation of the Facts a Unlawful Imprisonment Charge, Short for Kidnap. Then the Created growns the grounds list on 7) b) I threw 3 page 11 of this lawsuit, So they Could kick in my door. They Further made there lies and story after I was illegally incarcerated.

<u>Believe This Or Not "Further Violation"</u>

When the officers kicked in my door I was not told I was under arrest, I was not read my Rights. I was taken by ambulance to Christiana hospital. A officer Came there. I asked was he the, or am I under arrest he said no, he was not arresting me. He do not Know whether I am being arrested. He is just watching me to see if any officer press Charges. No officer Came to press Charges. So he said he is leaving. But he is Calling Gander Hill Prison which is now Called Howard R. Young Correctional Institution to Come watch me if no officer Come to press Charges they will let me go.

So a female officer from Gander Hill Prison Came after one hour She Change her mind. Said She just got payed, and she is leaving and taking me to jail. I told her I have not been

(25)

Charged with anything. She said she don't care they left me in her hand and she is not letting me go. She called other officers to come help her transport me to Gander Hill Prison. I explained over and over I have not been charged. She said she don't care she is taking me to jail let them deal with it, If she is wrong they will let me go. I ask officer after officer what was I charge with they told me they don't know I should know. what I did.

## Violations Of Due Process Of Law And Equal Protection Of Law

I was not told I was under arreste I was not booked or finger printed. I was not taken to a police station. I was illegally taken into a prison with-out a warrent, with-out a detention order and with-out a crime being committed.

That's why there was no known officer at Preliminary Hearing April 22, 2005.

That's why there was no valid warrent available on April 22, 2005. Because it was no arresting officers,

That's why the prosecuter put on a False witness, a officer to testify as to Fraud.

The warrent was type by the prosecuter.

## Due Process Of Law Violations

The State Of Delaware Superior Court Rules Of Criminal Procedures was violated. No warrent was obtained, I was not taken before a magistrate or Judge upon arrest. Which is required by Law.

26.

## Due Process Rights Violations, Equal Protection OF Law Violation,

## 6th And 14th Amendment Constitutional Violations

"The Six Amendment provides in relevant part that "[I]n all Criminal prosecution, the accused shall enjoy the right ••• to be informed of the nature and cause of the accusation." This right applies to the states through the 14th Amendment "

See: In Re: To Oliver 333 U.S. 257 (1948)

### Statement OF The Facts

I was not told I was under arrest or what I was arrest for. I was not taken before a magistrate. Which is required by Law, I was not inform I was Charged or what I was Charged with.

### Relief Prayed

Plaintiff prays this Honorable Court to award him ($500,000,) Five Hundred Thousand Dollars in damages and suffering et.al.,

### Oath And Affidavit

I Declare under penalty of perjury that the Foregoing is true and Correct.
Declared April 3, 2006    Signed Ronald Johnson

### Certificate OF Service

I Declare under penalty of perjury that a Copy For each defendant and a Original was serve upon this Honorable Court. The ~~Plaintiff~~ Plaintiff Prays the Court to Proceed in Forma Pauper's Because he is Indegent
Declared April 3, 2006    Signed Ronald Johnson

27.

# "Filing of Exhibits": Following pages are Exhibits

Exhibit #1 : Is a copy of officer Unger's #2478 Police Report. Explain why he kicked in my home door. The fraud that was presented to myself was that "Defendant R. Johnson had threated to himself with a knife and barricaded himself inside"

Exhibit #2 : Is a copy of officer CPL. Scott Simpson #2320 Police Report. Listing the fraud they used to kick in my door. That I was armed with a knife And it was believe I had taken a overdose on drugs. It was know I did not have a knife and I had not overdosed.

It shows I was talking to the ambulance(about suing the officers) Then claims I tried to kick him and hit him with my upper body.

Statement of The Facts: My cuffs was force close crushing my bones for telling the ambulance I was going to sue them for illegally breaking in my house. And that I had not taken a overdose that was a excuse to kick in my door.

Exhibit #3 : Is a copy of officer (Donohue) Police Report. This (#2690) Exhibit give a account of how many officer was making commands and how many officer attacked me. He claims I was resisting arrest. Yet contridicts it by saying I was held down by numerous officer. There where officer on my arms, back and legs. So there was no need for officer Scott Simpson #2320(CPL) to Dry Stun me with a taser 5 times. He shock officer who was touching me. "Other Four Exhibits Support other Claim" 4 pages

Office Donohue pull officers off me and transported me to the ambulance because they were other officers was assault-ing and choking me and squashing me.

## Conclusion

I committed no crime and their own Police Report shows they present fraud to arrest me and kick in my door.

Oath And Affidavit: I declare all the above true and correct under Perjury. Declared April 3, 2006   signed Ronald Johnson

| Page: 1, | Report Date: 04/19/2005 | Agency: New Castle County PD | | Complaint: 32-05-044934 |
|---|---|---|---|---|

## Supplemental Report

| Original Occurrence Dates and Times: FRI 04/15/2005 2300 thru FRI 04/15/2005 2323 | Grid 098-346 | Sector 31 | |
|---|---|---|---|

Original Location:
1623  New Jersey AVE Manor Park Apts    New Castle, DE 19720
APT 2

## Investigative Narrative

AT APPROXIMATELY 0015 HOURS, I RESPONDED TO 1623 NEW JERSEY AVENUE APT 2 TO ASSIST OFFICERS WITH A DOMESTIC INVOLVING A KNIFE. I CONTACTED SGT SCHLECKER AND WAS ADVISED BY HIM THAT DEFENDANT R. JOHNSON HAD THREATENED TO HARM HIMSELF WITH A KNIFE AND HAD BARRICADED HIMSELF INSIDE THE APARTMENT. PER INSTRUCTIONS FROM SGT SCHLECKER, I WAS TO FORCE THE DOOR AND FOLLOW A SEARCH/APPREHENSION TEAM INTO THE APARTMENT. I KNOCKED LOUDLY AND ANNOUNCE COUNTY POLICE SEVERAL TIMES IN BOTH ENGLISH AND SPANISH. I ALSO TRIED THE DOOR KNOB BUT FOUND IT TO BE LOCKED. ADDITIONALLY, I OBSERVED THAT THE DEADBOLT LOCK ON THE DOOR HAD A KEY BROKEN OFF IN SAME MAKING THE USE OF A MASTER KEY IMPRACTICAL. I THEN KICKED THE DOOR AND IT OPENED. AS A RESULT OF MY KICKING, THE INTERIOR DOOR FRAME SUFFERED DAMAGE TO THE MOLDING. AFTER WE ENTERED THE LIVING ROOM, DEFENDANT JOHNSON RAN TO THE REAR BEDROOM AND ATTEMPTED TO FLEE OUT THE WINDOW. HE WAS OBSERVED BY SGT SCHLECKER AND REMAINED BARRICADED IN THE REAR BEDROOM. AT THIS POINT, I MOVED OUTSIDE TO ASSIST SGT SCHLECKER WITH COVERING THE EXTERIOR WINDOWS WHILE THE APPREHENSION TEAM TOOK JOHNSON INTO CUSTODY. I REQUESTED THAT MAINTENANCE RESPOND TO THE APARTMENT TO SECURE THE BROKEN DOOR. ▓▓▓▓▓▓▓▓▓▓ARRIVED AT THE APARTMENT AND SECURED THE DOOR AND SCHEDULED A PERMANENT FIX FOR MONDAY APRIL, 18TH. NO FURTHER ACTION TAKEN BY WRITER.

| Reporting Officer PFC UNGER  - 2478 007 | Supervisor Approval JAIME A DOLAN  OJNCJAD  Date 04/19/2005 0154 | | | |
|---|---|---|---|---|
| Solvability Factors: | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Described | Status |

| Page: | Report Date: 04/16/2005 | Agency: New Castle County PD | Complaint: 32-05-044934 |
|---|---|---|---|

## Supplemental Report

| Original Occurrence Dates and Times: FRI 04/15/2005 2300 thru FRI 04/15/2005 2323 | Grid 098-346 | Sector 31 | |
|---|---|---|---|
| Original Location: 1623 New Jersey AVE Manor Park Apts    New Castle, DE 19720 APT 2 | | | |

## Investigative Narrative

WRITER WAS DISPATCHED TO 1623 APARTMENT 2 NEW JERSEY AVE. NEW CASTLE TO ASSIST OFFICER'S WITH A SUBJECT ARMED WITH A KNIFE, UPON ARRIVAL WRITER LOCATED SGT. SCHLECKER STANDING IN THE DOORWAY TO THE APARTMENT.

WRITER WAS ADVISED THAT D1 (JOHNSON, RONALD B/M) WAS IN THE APARTMENT AND THAT HE IS ARMED WITH A KNIFE, WRITER WAS FURTHER ADVISED THAT IT IS BELIEVED AT THIS TIME THAT D1 HAS TAKEN AN OVERDOSE OF DRUGS.

WRITER WITH SGT. SCHLECKER POSITIONED THE OFFICER'S AT D1'S APARTMENT DOOR AND THEN DETERMINED ENTRY ORDER SO THAT OFFICER'S ARE AWARE OF THEIR AREA OF RESPONSIBILITY.

WRITER MADE ENTRY AFTER THE DOOR WAS FORCED OPEN BY OFC. UNGER, AS THE FRONT DOOR WAS FORCED OPEN D1 FLED TO A REAR BEDROOM.

WRITER BEGAN TO GIVE VERBAL COMMANDS TO D1 TO COME INTO THE LIVING ROOM AREA, D1 REFUSED TO COMPLY TO VERBAL ORDERS, D1'S BEDROOM DOOR WAS THEN KICKED OPEN.

D1 WAS OBSERVED TO BE LAYING ON A BED WITH HIS HANDS TUCKED UNDERNEATH OF HIS BODY.

D1 REFUSED TO SHOW  HIS HANDS AND HE THEN GOT OFF OF THE BED AND WALK TOWARDS WRITER, WRITER ADVISED THAT THE TASER IS BEING DEPLOYED.

WRITER PULLED THE TRIGGER TO THE TASER AND IT DID NOT FIRE THE PROBES IMMEDIATELY, WRITER THEN ATTEMPTED TO ADJUST THE PROBES AND IT THEN FIRED MISSING D1.

*Count 3 of warrent and 4 of Indictment*

D1 THEN PUNCHED WRITER IN THE CHEST AREA WITH HIS RIGHT FIST CAUSING WRITER NO INJURY,

D1 WAS TAKEN TO THE GROUND BY WRITER AND OTHER ASSISTING OFFICER'S.

D1 PLACED HIS HANDS UNDERNEATH OF HIMSELF AGAIN AS HE WAS ON THE FLOOR.

D1 WAS AGAIN ADVISED TO PUT HIS HANDS OUT AND HE REFUSED, WRITER THEN CONDUCTED A DRY STUN

| Reporting Officer CPL SIMPSON  - 2320 002 | Supervisor Approval VAUGHN M BOND  OJNCVMB  Date 04/16/2005 0709 |
|---|---|

| Page 2 | Report Date 04/16/2005 | Agency New Castle County PD | Complaint 32-05-044934 |

Investigative Narrative - Continued

TO D1'S UPPER LEFT SHOULDER AREA.

D1 THEN PLACED HIS ARMS OUT AT HIS SIDE AND HE WAS PLACED INTO HANDCUFFS WITHOUT INCIDENT.

OFF. DONOHUE TOOK CUSTODY OF D1 AND TOOK HIM OUTSIDE TO THE WAITING AMBULANCE,

WRITER WALKED OUTSIDE TO THE AREA OF THE AMBULANCE.

Count 6

D1 WAS BEING VERY VERBAL WITH THE AMBULANCE CREW, AS WRITER APPROACHED THE AMBULANCE D1 WAS TRYING TO GET OFF OF THE STRETCHER.

Count 5    And    Count 7                    Count 4

D1 THEN ATTEMPTED TO KICK WRITER WITH HIS FEET AND THEN RAISED UP WITH HIS UPPER BODY AREA ATTEMPTING TO STRIKE WRITER.

D1 CONTINUED TRYING TO GET OFF OF THE STRETCHER, WRITER AGAIN DRY STUNNED D1 WITH THE TASER.

D1 STOPPED RESISTING IMMEDIATELY, D1 WAS TRANSPORTED TO CHRISTIANA EMERGENCY ROOM BY AMBULANCE.

UPON ARRIVAL D1 WAS TREATED BY DOCTOR ROSEBAUM, D1 DID HAVE HIS STOMACH PUMPED DUE TO THE POSSIBLE OVERDOSE.

WRITER WAS RELIEVED FROM CUSTODY OF D1 BY OFC. BURKE AT 0500HRS., WRITER THEN RESPONDED TO HEADQUARTERS.

UPON ARRIVAL WRITER PLACED THE PROBES FROM THE FIRED TASER INTO EVIDENCE SN. NUMBER T03-235012, WRITER ALSO PLACED SOME OF THE MARKER TAGS INTO EVIDENCE THAT WERE COLLECTED AT THE SCENE BY WRITER.

NO FURTHER DETAILS AT THIS TIME.

| Reporting Officer CPL SIMPSON   - 2320 60Z | | | Supervisor Approval VAUGHN M BOND  OJNCVMB  Date 04/16/2005 0709 | | |
|---|---|---|---|---|---|
| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Described | Has Follow Up |

| Page: 1 | Report Date: 04/16/2005 | Agency: New Castle County PD | | Complaint: 32-05-044934 |
|---|---|---|---|---|

## Supplemental Report

| Original Occurrence Dates and Times: FRI 04/15/2005 2300 thru FRI 04/15/2005 2323 | Grid 098-346 | Sector 31 |
|---|---|---|

Original Location:
1623   New Jersey AVE Manor Park Apts     New Castle, DE 19720
APT 2

---

### Investigative Narrative

WRITER RESPONDED TO THE ABOVE ADDRESS IN REFERENCE TO ASSISTING THE OTHER OFFICERS ALREADY ON THE SCENE WITH THE NON-COMPLIANT SUBJECT. WRITER WAS REQUESTED TO COME TO THE SCENE DUE TO THE FACT THAT MY F.T.O., CPL. SIMPSON, WAS EQUIPPED WITH A TASER. WRITER ARRIVED ON SCENE AND MADE CONTACT WITH THE UNITS ALREADY ON SCENE. A PLAN WAS DEVISED TO KICK IN THE DOOR. ONCE THE DOOR WAS KICKED IN THE SUBJECT FLED BACK IN THE REAR BEDROOM AND SHUT THE DOOR. CORP. SIMPSON GAVE THE SUBJECT VOICE COMMANDS TO EXIT THE BEDROOM AND THE SUBJECT DID NOT COMPLY. OFFICERS THEN PROCEEDED TO KICK IN THE BEDROOM DOOR TO MAKE ENTRY. WRITER WAS APPROX THE FOURTH OR FIFTH OFFICER TO ENTER THE BEDROOM AND ONCE WRITER ENTERED THE SUBJECT WAS ON THE GROUND RESISTING ARREST. WRITER PROCEEDED TO SUBDUE THE PRISONERS LEGS BY USING FORCE WITH MY HANDS AND BY SITTING ON BOTH LEGS. WRITER WAS UNABLE TO ASSIST WITH HANDCUFFING THE SUBJECT DUE TO THE AMOUNT OF OFFICERS ON THE ARMS AND BACK OF THE SUBJECT. ONCE THE SUBJECT WAS HANDCUFFED WRITER PROCEEDED TO PAT DOWN THE SUBJECT. WRITER ESCORTED THE SUBJECT OUT OF THE APARTMENT TO THE AMBULANCE THAT WAS WAITING OUTSIDE. WHEN SUBJECT WAS BEING PLACED ON THE STRETCHER HE BEGAN TO BECOME COMBATIVE AGAIN. WRITER WITH HIS HANDS USE FORCE TO HOLD DOWN THE SUBJECT ON THE STRETCHER SO RESTRAINTS COULD BE PLACED ON SUBJECT. WRITER RODE IN THE AMBULANCE OVER TO CMC WHERE HE WAS BEING TREATED FOR HIS CONDITION ▮▮▮▮▮▮▮▮▮ WAS THE DOCTOR IN CHARGE OF HIS CARE AND ORDERED TO HAVE THE SUBJECT'S STOMACH PUMPED. THE PSYCH NURSE ON DUTY ATTEMPTED A CONSULTATION APPROX 0400 HOURS BUT WAS UNABLE TO DUE TO THE SUBJECT BEING TO INCOHERENT. WRITER WAS RELIEVED AT 0500 HOURS BY OFFICER BURKE.

---

| Reporting Officer OFF DONOHUE  - 2690 001 | Supervisor Approval VAUGHN M BOND  OJNCVMB  Date 04/16/2005 0557 | |
|---|---|---|
| Solvability Factors | ☐ Witness   ☐ Suspect Located | ☐ M. O.   ☐ Suspect Described | ☐ Trace Stolen Property   ☐ Suspect Identified | ☐ Suspect Named   ☐ Suspect Vehicle Described | Status Has Follow Up |

| Page: 3 | Report Date: 04/16/2005 | Agency: New Castle County PD | | Complaint: 32-05-044934 |
|---|---|---|---|---|

## Victim - Suspect/Defendant Relationships (Cont'd)

| Victim - 003 SIMPSON, SCOTT | Suspect/Defendant - 001 JOHNSON, RONALD G | Victim Offender Relationship Stranger |
|---|---|---|

## Investigative Narrative

ON 04-16-05 WRITER RESPONDED TO CMC ER AND MADE CONTACT WITH OFC BURKE #2647 IN RM #A. CUSTODY OF D1 WAS TOT WRITER AT 0730 HRS. WRITER OBSERVED THAT D1 HAD BOTH WRISTS CUFFED TO THE BED WITH SOFT RESTRAINTS ON WRISTS AND ANKLES. D1 WAS SLEEPING. D1'S HANDCUFFS WERE CHECKED AND ADJUSTED AT: 0800, 1000, 1200, 1400 AND 1510 HRS. AT 1510 HRS D1 WAS MOVED TO RM #6324 B WEST. AT 1555 HRS D1 WAS ARRAIGNED IN THE ABOVE ROOM BY JUDGE MCNESBY FROM JP COURT #11. D1 WAS ISSUED $25,200 CASH BOND AND A NO CONTACT ORDER. D1 REFUSED TO SIGN THE NO CONTACT ORDER. AT 1610 HRS. CUSTODY OF D1 ALONG WITH COURT ORDERS WERE TOT OFF STEWART #2679.

| Reporting Officer: OFC GRAHAM - 2603 004 | | | Supervisor Approval DOMENICK GREGORY OJNCDXG Date 04/17/2005 0919 | |
|---|---|---|---|---|
| Solvability Factors | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Described | Status |

| Page: | Report Date | Agency | Complaint # |
|---|---|---|---|
| 1 | 04/16/2005 | New Castle County PD | 32-05-044934 |

## Supplemental Report

| Original Occurrence Dates and Times: | Grid | Sector |
|---|---|---|
| FRI  04/15/2005  2300 thru  FRI  04/15/2005  2323 | 098-346 | 31 |

Original Location:
1623    New Jersey AVE Manor Park Apts       New Castle, DE 19720
APT 2

## Investigative Narrative

On April 16, 2005 at 0500 hours I relieved Cpl. Simpson and Off. Donohue who were
maintaining custody of defendant Ronald Johnson.  At that time I observed that Johnson was
handcuffed to the hospital bed as well as restrained via nylon shackles provided by the
hospital.  The defendant remained in what appeared to be a unconscious stated except to
periodically sit up and mumble unaudible words before laying back down.




I was relieved at 0730 hours on April 16, 2005 by Ofc. Graham.  A copy of this report will
be forwarded to Ofc. Alfree for his records.

| Reporting Officer | Supervisor Approval |
|---|---|
| PFC BURKE   - 2647 003 | KATHLEEN M RIDDELL  OJNCKMR  Date 04/16/2005 1041 |

| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
|---|---|---|---|---|---|
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Described | Has Follow Up |

M. Jane Brady
Attorney General



## State of Delaware
### Department of Justice

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO :     New Castle County (302) 577-8500

May 12, 2005

Michelle A. Roebuck
1623 New Jersey Ave., Apt. 2
New Castle, DE 19720

Re:   **State of Delaware v. Ronald G. Johnson**
      **I.D. #0504012348**

Dear Ms. Roebuck:

I am the prosecutor assigned in the above case in which you were a victim. To successfully prosecute this case, I will need your input and cooperation. Please call me as soon as you receive the letter, so we may discuss the case. You will need to keep me informed of your address and phone number. If you move to a new address or change phone numbers at any time during the prosecution of this case, please let me know immediately. Trial dates are frequently changed or postponed at the last minute, and if I have no way of contacting you I will be unable to advise you of any such changes. You will be notified by subpoena anytime your attendance in court is required. Please also be mindful that your failure to appear at trial could result in dismissal of the charges.

If at any time you have questions or comments concerning the prosecution of the case, please do not hesitate to contact me immediately.

Very truly yours,

Marsha White for

Andrew Vella
Deputy Attorney General

AV:crr

Cheryl J. Simmons
Chief Court Reporter
Court of Common Pleas
NCCCH, Suite 2659
500 North King Street
Wilmington, DE  19801

February 15, 2006

Mr. Ronald G. Johnson
#182421
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE  19809

RE: Case No. 0504012348

Dear Mr. Johnson,

On April 22, 2005 you were before Commissioner McDonough for a preliminary hearing regarding the above-mentioned case.  In order for me to prepare a transcript of that hearing, I will need an Order signed by a judicial officer of this court, Court of Common Pleas, granting you permission to proceed in forma pauperis.  Upon receipt of that signed Order, I will prepare the transcript and forward your copy to you.

Sincerely,

Cheryl J. Simmons



Ronald G. Johnson
#182421 / H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

Unit

U.S.
X-RAY