In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
)
V. )
) Civil Action No. 06-240
State Of Delaware et al., )

**FILED APR 18 2006 U.S. DIST. COURT DELAWARE**

Dear Clerk of Court and Court

"Administrative Notice"

P.S. Re scanned 6 Extra Copies of Suit was sent the day after the First 6 Copies.

Please be informed that I file (4) Four Envelopes all containing (3) three lawsuits all the Same Copies.

The Original has a Forma Pauperis Form with it. It has a Completed 42 USC 1983 Form on top of the (3) three Copies.

Concluding

You might need to Check again and get all 12 Copies or 11 Copies and the Original which is already Signed.

Please Send me a Stamped Copy.

Oath and Affidavit. I Declare all above true Declare 4-13-06, Ronald Johnson

Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

WILMINGTON DE 197
14 APR 2006 PM 1 T

"Legal Mail"

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19802