In The United States District Court
For The District Of Delaware

Ronald G. Johnson       )
        v.              ) Civil Action No. 1:06-cv-00240
State Of Delaware et al., )

"Motion For The Status Of Motion To Proceed In Forma Pauperis." "And Serving Defendants"

Comes Now, The Plaintiff and Moves this Honorable Court For the Status of My Motion to proceed in Forma Pauperis And Serving Defendant Of this Civil Action Lawsuit.

The Plaintiff ~~[struck]~~ has File a Motion to proceed in Forma Pauperis with it I sent a Copy of my Inmate account balance. I have been incarcerate For about 5 years. I have no outside support. "I have been Indigent" I have no job in this prison and no money being sent in.

Pursuant to the Civil Rules of Procedure the Court Clerk is require to have the U.S. Marshals serve the State Of Delaware employees.

Your help and kindness will be appreciated in these two issues. Thank You Sincerely Ronald Johnson, 4-22-06

FILED APR 25 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE - scanned



Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

WILMINGTON DE 197
24 APR 2006 PM 2 L

"Legal Mail"

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19809