In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
    Plaintiff )
V. ) Civil Action No. 1:06-CV-00240
State Of Delaware et.al., )

FILED
MAY - 9 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Motion For The Status Of Motion To Proceed In Forma Pauperis And Serving Of Defendants"

Comes Now, The Plaintiff and Moves this Honorable Court For the Status Of my Motion To Proceed in Forma Pauperis And The Serving Of The Defendants of this Civil Action Lawsuit?

Dear: Clerk Peter T. Dalleo

   I appreciate Your letter explaining that Honorable Kent A. Jordan has been assigned to my Case. But I am seeking the status of my Motion To Proceed in Forma Pauperis and Whether the Defendants has been serve- as to my knowledge the Rule of Civil Procedure dictates.

a.) Please send me information as to has my Motion To Proceed in Forma Pauperis been excepted?

b.) Please send me information as to has the Defendants to the Civil Action Lawsuit been served?

Pursuant to the Rules of Civil Procedure the Court and Clerk is require to have the Marsha

Ronald Johnson   May 2, 2006

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 26, 2006

TO: Ronald G. Johnson
SBI# 182421
HRYCI
P.O. Box 9561
Wilmington, DE 19809

RE: *Status Letter; 06-240(KAJ)*

Dear Mr. Johnson:

This office received a letter from you requesting the status of case 06-240. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

Ronald G. Johnson
#182421 / HRYCI
P.O. Box 9561
Wilmington, Delaware 19809

Office of The Clerk; Peter T. Dalleo
United States District Court
For The District of Delaware

844 N. King Street
Wilmington, Delaware 19809

LEGAL MAIL ONLY

U.S.M.S. X-RAY