OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 11, 2006

TO: Ronald G. Johnson
    SBI# 182421
    HRYCI
    P.O. Box 9561
    Wilmington, DE 19809

   *RE:  Status Letter; 06-240(KAJ)*

Dear Mr. Johnson:

   This office received a letter from you requesting the status of case 06-240. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. The motion for IFP is pending before the Court and no service order has been issued.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Kent A. Jordan