IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-240-KAJ |
| | ) | |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant(s). | ) | |



FILED
MAY 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

**AUTHORIZATION**

I, Ronald G. Johnson, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ___May 11, 2006___, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody

I may be transferred.

Date: __May 16__, 2006.

                                                                          _Ronald Johnson_
                                                                          Signature of Plaintiff

Ronald G Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

WILMINGTON DE 197
17 MAY 2006 PM 3 T

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

LEGAL MAIL ONLY