In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
    Plaintiff )
V. )
   ) Civil Action No. 1:06-CV-00240
State Of Delaware, et al., )
    Defendants )

## Motion For The Status Of The Serving Of The Defendants

Comes Now, The Plaintiff Ronald G. Johnson and Moves this Honorable Court For the Status Of the Serving of the Defendants.

Dear: Clerk and Court

Please send me notice as to whether the Defendants has been Served.

a) Pursuant to the rule of Civil Procedure the Court Clerk is to have the U.S. Marshals Serve the State employees. Or the Court is

### Request Role Of Civil Procedure

Please notify me whether the Role of Civil Procedure are being followed. And has the Defendants been Served according to that Procedure?

Thank You and Your help and kindness is truely Appreciate.

Thank You
Ronald Johnson
May 18, 2006

Ronald G. Johnson
#182424 / A.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

U.S.M
X-RAY

WILMINGTON DE 197
22 MAY 2006

Office of the Clerk
United States District Court
For The District Of Delaware
844 N. King Street
Wilmington, Delaware 19801

$00.390
MAY 22 2006
MAILED FROM ZIP CODE 19802
PITNEY BOWES

LEGAL MAIL ONLY