OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 24, 2006

TO: Ronald G. Johnson
    SBI# 182421
    HRYCI
    P.O. Box 9561
    Wilmington, DE 19809

*RE: Status Letter; 06-240(KAJ)*

Dear Mr. Johnson:

    This office received a letter from you requesting the status of case 06-240. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case. Please be aware that a service order has not been issued in this case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                  Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

cc: The Honorable Kent A. Jordan

In The United States District Court
For The District Of Delaware

13

Ronald G. Johnson )
   Plaintiff )
V. ) Civil Action No. 1:06-CV-00240
   )
State Of Delaware et al., )
  Defendants

## Motion For The Status Of The Serving Of The Defendants

Comes Now, The Plaintiff Ronald G. Johnson and Moves this Honorable Court For the Status Of the Serving of the Defendants.

Dear: Clerk and Court

Please send me notice as to whether the Defendants has been Served.

a) Pursuant to the rule of Civil Procedure the Court Clerk is to have the U.S. Marshals Serve the State employees. Or the Court is

### Request Rule Of Civil Procedure

Please notify me whether the Role Of Civil Procedure are being followed. And has the Defendants been Served according to that Procedure?

May 18, 2006