In The United States District Court
For The District Of Delaware

Ronald G. Johnson       )
  v.   Plaintiff        ) Civil Action No. 06-240-K.A.J.
                        )
State Of Delaware et.al.,)

FILED
JUN 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
PO scanned

"Motion For The Status Of The Serving Of The Defendant"

Comes Now, The Plaintiff Ronald G. Johnson and Moves this Honorable Court For the Status Of the Serving of the Defendant?

a) Pursuant to well Known Rule Of Civil Procedure the Court and or Clerk are require to issue Summons by the Marshal Service upon the Defendants. Has the Defendants been Served?

Concluding

b.) The Defendant are to be Serve by the Court and Clerk by use of U.S. Marshals or Sheriffs Office When the Plaintiff is proceeding in Forma Pauperis has this been done?

Thank You For Your Soon response  Ronald Johnson June 9, 2006



Ronald G. Johnson
#182421 / H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

LEGAL MAIL ONLY