OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 13, 2006

TO:   Ronald G. Johnson
      SBI # 182421
      HRYCI
      P.O. Box 9561
      Wilmington, DE 19809

      ***RE:***   Letter/Motion for Status Received 6/12/06
             CA 06-240 KAJ

Dear Mr. Johnson:

      The Clerk's Office is in receipt of the above referenced letter.  Please be advised that as of this date ***no service order has been issued***.  Therefore, the defendant's have not been served.

      The Court is in the process of reviewing the merits of your Complaint.  Your case is pending before the Court.  You will be advised by the Court as to further developments in your case.

      I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/rwc                          PETER T. DALLEO
                              CLERK

cc: The Honorable Kent A. Jordan