IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, | ) |
|       Plaintiff, | ) |
| v. | ) C.A. No. 06-240 KAJ |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL. SCOTT SIMPSON, OFFICER PFC. UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | ) |
|       Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Ronald Stoner, Esquire as attorney for defendants Officer Marc Alfree, Officer Cpl. Scott Simpson, Officer PFC. Unger and Officer Sgt. Robert Schlecker in their individual capacity and as co-counsel with the New Castle County Law Department for these defendants in their official capacity as New Castle County Police officers.

RONALD STONER, P.A.

/s/ Ronald Stoner
Ronald Stoner, Esquire, Del. ID 2818
1107 Polly Drummond Plaza
Newark, DE. 19711
(302) 369-6400
DATED: September 22, 2006    (302) 369-6800 FAX