IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-240 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | : : : : : : : : : : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Assistant County Attorney Julie M. Sebring as the lead attorney and attorney to be noticed and continue the appearance of First Assistant County Attorney Judith A. Hildick as attorneys for the Defendants.

__/s/ Judith A. Hildick__
JUDITH A. HILDICK, ESQ.
(I.D. No.3244)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

__/s/ Julie M. Sebring__
JULIE M. SEBRING, ESQ.
(I.D. No. 2259)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

DATED: October 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2006, two (2) copies of the ENTRY OF APPEARANCE were delivered to pro se Plaintiff listed below via United States First Class Mail postage prepaid:

**Inmate: Ronald G. Johnson**
04431-015
FDC - Philadelphia
P.O. Box 562
Philadelphia, PA 19106

NEW CASTLE COUNTY
OFFICE OF LAW

_/s/ Julie M. Sebring_
Julie M. Sebring, (I.D. #2259)
Assistant County Attorney
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

DATED: October 23, 2006