United States District Court
For The District of Delaware

Ronald G. Johnson            )
        Plaintiff            )
   v                         )  Civil Action No. 06-240-K
State of Delaware et. al.,   )
                             )

"Administrative Notice of Address Change"

Comes Now the Plaintiff Ronald G. Johnson and File Administrative Notice of Address Change I am now at address below

Ronald E. Johnson            Phone Number
27 Dorsey Lane               (302) 225-1408
Bear, Delaware 19903         ~~(302) 322-1524~~

Further Notice

Please also take notice that my proper middle name is Eugene so I want my middle ~~~~ initial is E so from now on Either use Ronald Johnson or Ronald E. Johnson

Thank You Sincerely    Ronald Johnson