IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| Plaintiff, | : | C.A. No. 06-240 |
| v. | : | JURY TRIAL DEMANDED |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | : | |
| Defendants. | : | |

**RULE 26 DISCLOSURES OF DEFENDANTS ALFREE,
SIMPSON, UNGER, SCHLECKER, GRAHAM AND NEW CASTLE COUNTY**

Defendants Alfree, Simpson, Unger, Schlecker, Graham and New Castle County ("County Defendants") hereby provide the initial disclosures required by Fed. R. Civ. P. 26(a)(1). These disclosures are based on information reasonably available to County Defendants as of the date these disclosures are served. County Defendants reserve the right to supplement these disclosures pending additional investigation and discovery and as permitted by Fed. R. Civ. P. 26(e).

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

RESPONSE:

Officer Marc Alfree
Officer Cpl. Scott Simpson
Officer PFC James Unger
Officer Sgt. Robert Schlecker
Officer Rutherford Graham
Officer Kevin Donohue
Officer Peter Stewart
Officer Sonia Trudeau
Officer DeShawn Price
Various employees of the New Castle County Public Safety Department
    These individuals can be reached through undersigned counsel at 87 Read's Way, New Castle, DE 19720.

Ronald E. Johnson, 27 Dorsey Lane, Bear, DE 19701

Michelle Roebuck, 1623 New Jersey Ave, Apt. #2, Manor Park Apts., New Castle, DE 19720

Craig Carpenter, U.S. Probation Officer, J. Caleb Boggs Federal Bldg, 844 King St., Wilmington, DE 19801.

B.  A copy of, or a description by category and location of, all documents, data compilations and tangible things in the possession, custody or control of the party and that the disclosing party may use to support the disclosing party's claims or defenses, unless solely for impeachment:

RESPONSE:

New Castle County Police reports from the officers listed in response to A., above
New Castle County Police force or injury reports relating to this incident
9-1-1 call tapes relating to this incident
New Castle County Police Directives and Standard Operating Procedures

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying, as under Rule 34 the documents or other evidentiary material not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

RESPONSE:

Not applicable.

D. For inspection and copying, as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

RESPONSE:

To be provided.

/s/ Judith A. Hildick
Julie M. Sebring (Id. # 2259)
Judith A. Hildick (Id. # 3244)
New Castle County Law Department
87 Reads Way, New Castle, DE 19720
(302) 395-5130
*Attorneys for Answering Defendants Officer Marc Alfree, Cpl Scott Simpson, Officer James Unger, Sgt. Robert Schlecker, Officer Michael Graham and New Castle County*

/s/ Ronald Stoner
Ronald Stoner (Id. # 2818)
1107 Polly Drummond Plaza
Newark, DE 19711
(302)369-6400
*Attorney for Answering Defendants Officer Marc Alfree, Cpl Scott Simpson, Officer James Unger and Sgt. Robert Schlecker*

Dated: November 6, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-240 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Assistant County Attorney, hereby certify that on November 6, 2006, I electronically filed the foregoing "Rule 26 Disclosures of Defendants Alfree, Simpson, Unger, Schlecker, Graham and New Castle County" with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Ronald G. Johnson
Pro Se
27 Dorsey Lane,
Bear DE 19701

                                       /s/ *Julie M. Sebring*
                                 JULIE M. SEBRING
                                 Assistant County Attorney
                                 (Delaware Bar No. 2599)
                                 New Castle County Law Department
                                 87 Reads Way, New Castle, DE 19720
                                 Telephone: (302)395-5130