### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON a/k/a RONALD E. JOHNSON, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 06-240-*** (MPT) |
| STATE OF DELAWARE, et al., | : <br> : <br> : |
| Defendants. | : |

### <u>ORDER</u>

At Wilmington this **16th** day of **January, 2006**.

IT IS ORDERED that a status teleconference has been scheduled for **Friday, March 23, 2007 at 9:00 a.m.** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call.** At present, the Scheduling Order dated October 31, 2006 remains in effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE