## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RONALD G. JOHNSON          :

        Plaintiff,       :     C.A. No. 06-240

                 :

         v.          :     JURY TRIAL DEMANDED

                 :

STATE OF DELAWARE, ANDREW   :
VELLA, OFFICER MARC ALFREE,   :
OFFICER CPL SCOTT SIMPSON,   :
OFFICER PFC UNGER, OFFICER    :
SGT. R. SCHLECKER, OFFICER    :
GRAHAM, COURT OF COMMON   :
PLEAS FOR THE STATE OF       :
DELAWARE IN AND FOR NEW     :
CASTLE COUNTY, MAYOR BAKER, :
NEW CASTLE COUNTY POLICE   :
DEPARTMENT, and SUPERIOR COURT :
OF THE STATE OF DELAWARE IN  :
AND FOR NEW CASTLE COUNTY AND :
ITS JUDGES,                :

                 :

        Defendants.     :

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Assistant County Attorney hereby certify that on January 16, 2007, I electronically filed the foregoing "Certificate of Service" for the second mailing of "Answer of Defendants Alfree, Simpson, Unger, Schlecker, Graham and New Castle County" with the Clerk of the Court using CM/ECF which was originally filed and mailed on September 11, 2006 and will send notification of such filing to the following:

        Ronald G. Johnson
        27 Dorsey Lane
        Bear, DE 19701

                         _/s/    Julie M. Sebring_
                         Julie M. Sebring
                         Assistant County Attorney
                         (Delaware Bar No. 2259)
                         New Castle County Law Department
                         87 Reads Way, New Castle, DE 19720
                         Telephone:  (302)395-5130