# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-240 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | : : : : : : : : : : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Assistant County Attorney, hereby certify that on January 18, 2007, I electronically filed the foregoing "Supplemental Rule 26 Disclosures of Defendants Alfree, Simpson, Unger, Schlecker, Graham and New Castle County" with the Clerk of the Court using CM/ECF, and mailed by certified mail a copy of such filing to the following:

>Ronald G. Johnson
>Pro Se
>27 Dorsey Lane,
>Bear DE 19701

>   /s/   *Julie M. Sebring*
>JULIE M. SEBRING
>Assistant County Attorney
>(Delaware Bar No. 2259)
>New Castle County Law Department
>87 Reads Way, New Castle, DE 19720
>Telephone:  (302) 395-5147