**Christopher A. Coons**
County Executive



**Gregg E. Wilson**
County Attorney

## OFFICE OF LAW

March 19, 2007

Mr. Ronald G. Johnson
27 Dorsey Lane                    Sent via Federal Express
Bear, DE 19701

      RE:    *Johnson v. Alfree, et al*
             Civil Action No. 06-240 KAJ

Dear Mr. Johnson:

      Enclosed please find documents which are referenced in the Defendants' Rule 26 Initial Disclosures. To date, I have not received your Rule 26 Initial Disclosures, nor have I received any discovery documents from you. This letter is another attempt to resolve a discovery dispute. Your F.R.C.P. Rule 26 Initial Disclosures remain outstanding and overdue. Kindly provide me with your F.R.C.P. Rule 26 Initial Disclosures and discovery documents as soon as possible. If necessary, please contact my office to arrange a time for you to bring in your documents for inspection and copying. Thank you.

                                      Very truly yours,

                                      Julie M. Sebring
                                      Assistant County Attorney

JMS/
Enclosure

Cc:    Clerk, District of Delaware
        Judith A. Hildick, Esq., First Assistant County Attorney (w/o enc.)
        Ronald L. Stoner, Esq. (w/o enc.)