IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON a/k/a RONALD E. JOHNSON, : : : Plaintiff, : : v. : : STATE OF DELAWARE, et al., : : Defendants. : | Civil Action No. 06-240-*** |

## AMENDED SCHEDULING ORDER

At Wilmington, this 23rd day of March, 2007,

IT IS ORDERED that the Court's Scheduling Order dated October 31, 2006 is amended as follows:

3.  Discovery

   c.  Discovery Cut Off. All discovery in this case shall be initiated so that it will be completed on or before August 30, 2007. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

7.  Interim Status Report. On August 15, 2007, counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

8.  Status Conference. On August 22, 2007, the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at 9:00 a.m. Defendants' counsel

shall initiate the telephone call. At the time of this conference, counsel shall also be prepared to discuss the progress, if any, of settlement discussions and shall be prepared to discuss the possibility of setting up a settlement conference with the Court, counsel and their clients.  If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they shall notify the Court in writing before the conference is scheduled to occur, and the conference will be taken off the Court's calendar.

       9.    <u>Case Dispositive Motions</u>.  All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before October 1, 2007.  Briefing will be presented pursuant to the Court's Local Rules.

       11-14.  Pretrial conference date, due date for submission of the Pretrial Order and the trial date will be determined after a decision is rendered on case dispositive motions.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE