**Christopher A. Coons**
County Executive



**Gregg E. Wilson**
County Attorney

# OFFICE OF LAW

April 3, 2007

Mr. Ronald G. Johnson                    *Via certified and regular mail*
27 Dorsey Lane
Bear, DE 19701

      RE:    *Johnson v. Alfree, et al*
               Civil Action No. 06-240 KAJ

Dear Mr. Johnson:

      During the status teleconference before The Honorable Mary Pat Thynge on Friday, March 23, 2007, Her Honor ordered a meeting among you and defense counsel, for discovery purposes, to be held at 4:00 p.m. on Wednesday, March 28, 2007 in the New Castle County Office of Law. Judith Hildick, Esq., Ronald Stoner, Esq., and I were present at the appointed time and place. You failed to appear at this Court-ordered meeting. I have not received any communication from you regarding your absence.

      Pursuant to Paragraph 1 of the Scheduling Order, the parties were required to serve F.R.C.P. Rule 26 Initial Disclosures on opposing counsel/parties on or before November 7, 2006. On November 6, 2006, I served Initial Disclosures on you on behalf of the County defendants. To date, you have not filed your Rule 26 Initial Disclosures.

      During the January 16, 2007 teleconference before Judge Thynge, you indicated that you would provide defense counsel with Rule 26 Disclosures and discovery documents within two weeks of that date. You did not provide defense counsel with any such disclosures or documents.

      Under cover letter dated March 19, 2007, I provided you with copies of all discoverable documents currently in the possession of defense counsel. You did not appear at the Court-ordered March 28th meeting to exchange discovery documents, and I have not received any documents from you.

      This letter is another attempt to resolve a discovery dispute. Despite numerous requests, I have not received any discovery from you, nor have I received your Rule 26 Initial Disclosures, which were due five months ago. Should your lack of response continue, I will have no

Mr. Ronald Johnson
April 3, 2007
Page 2

alternative but to ask the Court for sanctions.  Kindly provide me with your F.R.C.P. Rule 26 Initial Disclosures and discovery as soon as possible.  Thank you.

                    Very truly yours,

                    Julie M. Sebring
                    Assistant County Attorney

JMS/

cc:    Clerk, District of Delaware
       Judith A. Hildick, Esq., First Assistant County Attorney
       Ronald L. Stoner, Esq.