IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON a/k/a RONALD E. JOHNSON, : : : | |
| Plaintiff, : : | |
| v. : | Civil Action No. 06-240-*** |
| STATE OF DELAWARE, et al., : : | |
| Defendants. : | |

## ORDER

At Wilmington this **8th** day of **May, 2007.**

A teleconference was held on Thursday, May 3, 2007 with plaintiff and defense counsel participating. During the teleconference, the Court emphasized to plaintiff that should he fail to participate in the document review and exchange on **May 9, 2007 at 4:30 p.m., at the County Building in The Corporate Commons at 87 Reads Way,** the Court will consider dismissing his action for failure to prosecute. The plaintiff advised that he understood the Court's admonition. Therefore, IT IS ORDERED that:

    1. The transcript of the teleconference of May 3, 2007 shall operate as an Order of the Court.

    2. A document review and exchange shall occur on **Wednesday, May 9, 2007** at the County Building at 87 Reads Way beginning at **4:30 p.m.** Plaintiff shall attend that meeting.

    3. Plaintiff was provided during the teleconference of May 3, 2007 with two telephone numbers to communicate with defense counsel. Plaintiff is directed to use

those numbers should any unforeseen difficulties rise regarding his ability to make the meeting as scheduled.  He shall advise counsel **before** the scheduled meeting date and time if there are any problems with attending the meeting.

      4.      Should plaintiff fail to attend the meeting, the Court will consider appropriate remedies, including dismissal, upon a joint letter from defense counsel limited to **three (3) pages.**

      5.      As the Court has cautioned plaintiff in prior teleconferences, plaintiff shall keep the Court and defense counsel advised of any changes in his mailing address (where he wants Court documents and other materials relating to his case sent to him) and his telephone number, that is, the telephone number where he can be reached.

      Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE