United States District Court
For The District Of Delaware

Ronald G. Johnson )
    Plaintiff )
V. )
State Of Delaware, Andrew ) Civil Action No. 06-240
Vella, Officer Alfree, Officer CPL. )
Simpson, PFC Unger, Officer )
Sgt R. Schlecker, Officer Graham, )
Court of Common Pleas For The State )
Of Delaware In And For New Castle )
County, Mayor Baker, New County )
Police Department, Superior Court )
Of The State Of Delaware And Judges )
It Judges )

FILED
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Supplemental Rule 26 Disclosures Of Plaintiff Ronald G. Johnson

    Plaintiff Ronald G. Johnson hereby provide the Supplemental initial disclosures required by Fed. R. Civ. P. 26(a)(1). These disclosure are based on information Plaintiff has. Plaintiff reserves the right to further supplement these disclosures pending additional investigation and discovery and as permitted by Fed. R. Civil P. Rule 26(e).

    A. The names and if know the address and telephone numbers of each individual likely to have discoverable

Page 1-3

information that the Plaintiff may use to support his claims or defenses

## Plaintiff Witness(es)

| Name | Address |
|---|---|
| Ronald G. Johnson | |
| Kelly Roache | |
| Sharey Roedch | |
| Kay Carvidice | |
| Haywood Johnson | Will provide on need to know bases |
| Johnson Family Members + Friends | |
| Local Residence | |
| Eye Witness(es) | |

B. A copy of, or discription and location of all documents data compilation and tangible things in possession, custody or control of Plaintiff are made available to Defendants and Counsel for Defendant upon request.

## Administrative Notice

Plaintiff make available to Defendants and Counsel for Defendant all Document upon request to view and Copies. Content of document consist of Criminal Prosecution of Defendant transcripts Police Reports hospital documents et.al. Injury reports related to this incident, Witness(es)

C. A Computation of Category of damages claims by the disclosing party making available for inspection and copying, as under Rule 34 the documents or

other evidentiary material not potected or priveleged From disclosure, on which such computation is based including material bearing on nature and extend of injury suffered.

"Oath And Affidavit"

"Certificate OF Service"

I Declare under penalty of perjury that the foregoing is true and Correct. And that the Below Defend and Counsel

Declared March 15, 2007, *Ronald G. Ju[...]*
_____
Signed

1.) Julie M. Sebring
New Castle County Law Department
87 Reads Way, New Castle De 19720

2.) Ronald Stoner
1107 Polly Drummond Plaza
Newark, De 19711

March 15, 2007 , *Ronald Ju[...]*
_____ _____

③

Ronald L Johnson
27 Dorsey Lane
Bear, De 19701

WILMINGTON DE 197
23 MAY 2007 PM 1 L

Office of The Clerk
United States District Court
844 N. King Street
Wilmington, Delaware 19805