

In The United States District Court
For The District of Delaware

Ronald G. Johnson )
        Plaintiff )     Civil Action No. 240 - K. A. J.
V. )
State of Delaware etal )
        Defendants

CA 06-240-***

" Administrative Notice of Temporary Change of Address "

        Comes Now, The Plaintiff Ronald G. Johnson
and file Administrative Notice upon the Court
that his address and Phone Number has
temporarily Changed.

        New Address and Phone Number

        I am temporarily in Custody of Gander Hill Prison
known as Howard R. Young Correctional Institution. My
Cell Phone is now lost my home Phone Number is
list below.
        Ronald G. Johnson Inmate # 182421
        Address + Phone Number
        Gander Hill Prison / H.R.Y.C.I.
        1301 East 12th Street
        Wilmington, De 19809 (Prison Phone No (302) 429-7716)
        Home Phone Number (302) 322-1509

Oath and Affidavit    / And No Certificate of Service
        I Declare that the above information is true and Correct under
Penalty of perjury. I am proceed Pro-se and I do not have defendants
Counsel address at this time so no Service upon them was made

Ronald G. Johnson #182421
H.R.Y.C.I.,
1301 East 12th Street
Wilmington, De 19809

RETURNED FOR $. 41 POS
__ SIZE
√ THICKNESS

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801



UNITED STATES POSTAGE
PITNEY BOWES
02 1A        $ 00.41°
0004645572  JUN 22, 2007
MAILED FROM ZIP CODE 19802

AMY
U.S.M.S.
X-RAY

INMATE
LEGAL MAIL