In The United States District Court
For The District Of Delaware

Ronald G. Johnson                )
                    Plaintiff    )
v.                               ) Civil Action No. 06-240
State Of Delaware                )
                                 )

Notice Of Change Of Address And Phone Number
_____

Comes Now, The Plaintiff Ronald G. Johnson and file Administrative Notice upon the Court and Clerk that my Address and Phone Number has changed. Please change my address on the record thank you The Address and phone Number is list below.

    Ronald G Johnson
    27 Dorsey Lane
    Bear, Delaware 19701
    (302) 322-1509

Thank you and your help and kindness is appreciated — Thank You

Ronald Johnson    7-17-07

## Certificate of Service

The undersigned hereby certify that a Notice of change of address and Phone Number was sent to the below people, attorneys for the defendants et. This day July 17, 2007

1.) Ronald Stoner
   1107 Polly Drummond Plaza
   Newark De 19701

2.) Julie M. Sebring
   New Castle County Law Dept
   New Castle Corporate Commons
   87 Reads way
   New Castle, De 19720

*Ronald Johnson*
Ronald G. Johnson
27 Dorsey Lane
Bear, Delaware 19701

Thank You Sincerely