IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RONALD G. JOHNSON,                        )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )     Civ. Action No. 06-240-***
                                          )
OFFICER MARC ALFREE, OFFICER              )
CPL SCOTT SIMPSON, OFFICER                )
PFC UNGER, OFFICER SGT. R.                )
SCHLECKER, and OFFICER GRAHAM,)
                                          )
            Defendants.                   )

## ORDER

WHEREAS, plaintiff Ronald G. Johnson ("Johnson"), was a prisoner

incarcerated at the Howard R. Young Correctional Institution ("HRYCI"), Wilmington,

Delaware, at the time he filed his complaint pursuant to 42 U.S.C. § 1983, along with an

application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on May 11, 2006, the court entered an order and granted plaintiff

leave to proceed *in forma pauperis*, and assessed a filing fee of $350.00 (D.I. 11);

WHEREAS, on October 30, 2007, the court received plaintiff's change of

address indicating that he was no longer incarcerated (D.I. 35);

WHEREAS, ON June 25, 2007, the court received correspondence from plaintiff

indicating that he was temporarily housed at the HRYCI (D.I. 53):

WHEREAS, on July 17, 2007, the court received correspondence from plaintiff

indicating he is no longer incarcerated (D.I. 54);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate

the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General*, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this _____ day of July, 2007, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the filing fee ($350) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed *in forma pauperis*.

**NOTE:  Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge