IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-240-*** |
| | ) |
| OFFICER MARC ALFREE, OFFICER | ) |
| CPL. SCOTT SIMPSON, OFFICER | ) |
| PFC UNGER, OFFICER SGT R. | ) |
| SCHLECKER, OFFICER GRAHAM, | ) |
| CHIEF EXECUTIVE OFFICER FOR | ) |
| NEW CASTLE COUNTY | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this **30** day of **July**, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, D.I. #56, filed on July 30, 2007;

IT IS ORDERED that the application is GRANTED.

United States District Judge