IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-240 |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | : : : : : : : : : : | |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that Ronald Stoner, Esquire and Julie M. Sebring, Esquire will take the deposition upon oral examination of Plaintiff Ronald G. Johnson on Wednesday, September 5, 2007, beginning at 9:30 a.m. at the New Castle County Government Center located at 87 Reads Way, New Castle, DE 19720 in the Law Department. The testimony will be taken by stenographic means before a person authorized to administer oaths. The oral examination will concern all matters, facts and circumstances relating to the subject matter of the above-captioned case.

              NEW CASTLE COUNTY LAW DEPARTMENT

                */s/ Julie M. Sebring*

              _____
              Julie M. Sebring, Esquire – DE ID# 2259
              Assistant County Attorney
              New Castle County Government Center
              87 Reads Way
              New Castle, DE  19720
              (302) 395-5147

Dated: August 8, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| Plaintiff, | : | C.A. No. 06-240 |
| v. | : | JURY TRIAL DEMANDED |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | : | |

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esquire, certify that on August 8, 2007, have caused the attached **Notice of Deposition** to be delivered via **Lexis Nexis electronic filing and U.S. Mail** to *pro se* plaintiff and counsel of record in the above-captioned matter.

NEW CASTLE COUNTY LAW DEPARTMENT

/s/ Julie M. Sebring
_____
Julie M. Sebring, Esquire – DE ID# 2259
Assistant County Attorney
New Castle County Government Center
87 Reads Way
New Castle, DE 19720
(302) 395-5147