**Christopher A. Coons**
County Executive



**Gregg E. Wilson**
County Attorney

## OFFICE OF LAW

August 15, 2007

The Honorable Mary Pat Thynge
United States District Court
844 North King St.                          *Via e-file*
Lock Box 8
Wilmington, DE 19801

        RE:    *Johnson v. Alfree, et al*
                Civil Action No. 06-240 ***

Dear Judge Thynge:

      Please accept this letter as an interim status report on behalf of the defendants in the above-referenced case.   Discovery is on-going, and the plaintiff's deposition will be taken on September 5, 2007.  The plaintiff submitted Rule 26 Initial Disclosure responses on May 24, 2007; however, they were incomplete.  Defense counsel jointly decided to pursue the needed information by taking the deposition of the plaintiff.  We believe that we will be in a position to file a dispositive motion by October 1, 2007, the deadline set in This Court's Amended Scheduling Order, dated March 23, 2007.  With respect to settlement, I spoke with the plaintiff today on the telephone.  Given the posture of the case, it is the opinion of defense counsel that Mr. Johnson's settlement demand is remarkably higher than an amount that could be considered as reasonable.  I am available at This Court's convenience for any questions.  Thank you for Your consideration.

                        Respectfully submitted,

                        Julie M. Sebring
                        Assistant County Attorney

JMS/

Cc:     Clerk, District of Delaware
        Mr. Ronald Johnson
        Judith A. Hildick, Esq., First Assistant County Attorney
        Ronald L. Stoner, Esq.