In The United States District Court
For The District OF Delaware

Re: Ronald E. Johnson       )
       Vs,                          ) Civil Action No. 06-240
       State OF Delaware        )
       Officer Marc Alfree et. al.,  )

## "Administrative Notice OF Change OF Address"

Comes Now, The Plaintiff Ronald G. Johnson
and File Administrative Notice that my address
has Change Temporarily to address below.

Temporary Address

Ronald G. Johnson
#182421 / H.R.Y.C.I.
1301 E. 12 Street
Wilmington, De 19809



I am incarcerated at Howard R. Young Correctional Institution

Dear; Clerk

Please Serve Defendant Counsel a Copy of this
Notice. I am incarcerated and has No paperwork et.
Request(1) A Court Docket Sheet(2) And a Schedule Order
Please! and your help and Kindness is Appreciated.

                              Thank You!, Ronald Johnson 10-22-07

Ronald G. Johnson
#182421/H.R.Y.C.I.
1501 E.12th Street
Wilmington, Del 19809

"Legal Mail",

United State District Court
Office of The Clerk
844 N. King Street
Wilmington, Delaware 19801

INMATE
LEGAL MAIL