In The United States District Court
In And For The District Of Delaware

Ronald E. Johnson          )
         vs.               )
State of Delaware,         ) Civil Action No. 06-240 XIT
Officer Marc Alfree et. al.,)

"Motion For Summary Judgement Of One Hundred Thousand Dollars Partual Payment Of This Five Hundred Thousand Dollars Lawsuit"

Comes Now, The Defendant Ronald E. Johnson and Moves this Honorable Court to Order the Defendants to Pay me One Hundred Thousands Dollars Summary Judgement Partual payment, For the 4th Amendment Constitutional Federal Civil Rights Violation of illegal Search and Seizure, invation of privacy and Fraud et.al., see: 42 USC 1983

## Statement Of The Facts

The Defendants has not denied the fact that the Officers Kicked in my home door without a warrent, Search warrent, probable Cause, or reasonable bases.

The officer made up three false statement in a Conspiracy to violate my 4th Amendment Constitutional Federal Civil Rights to not have my home broken into without officers having a warrent, search warrent, Probable Cause, or reasonable bases. See 42 USC 1983, 1985 and 1986

Page 1-4

a.) The Officers lied to their superiors that I told them that I had a knife and had said I was going to hurt myself, and had barracated myself in the house. That is why the superior officers had my door kicked in.

b.) The Officers lied saying that they thought I had three other people held in my house a knife point. That was why they say they kick in my door. Fact of the case all my window shades was up and the officers had my house surrounded looking in every window and threw the peep hole and threw cracks in the door. There was clear view of my whole house. Officers communicated my whereabouts on radio. I heard them and went to the window and saw them and they saw me.
    The officers also kick in my bedroom door. They had clear window view of my whole bedroom from two angles, by my bedroom windows. They knew there were Noone in my bedroom. So why they did not stop there to get a warrent and search warrent. Their Police Reports say they had clear view of me and my whole bedroom. They knew noone was there.

c.) The officers also said that one assumed victim Michelle Roebuck had told them when asked that I probly was in the house committting suicide. Facts of the case Michelle had left that morning about 9:00 am as the officers states in their Police Reports. She came back about 8:00 pm for a maximum of one minute. In which time the officers claim she told them I pulled a knife on her, tried to rob her, and held her in the house at knife point. The event claimed to have taken about one minute. Concluding Michelle never told the officers that she saw

②

me take any medication. The officers was at my house from 8:00 Pm Something till after 12:00 midnight. They personaly Saw take my prescription medication. The officers violated my 4th Amendment Constitutional rights to privacy by illegally and un-Constitutionaly looking in my window with-out a warrent or Search warrent. They lied and said Michelle Roebuck told them I was Committing suicide to unConstitutionaly break in my house.

## "Conclusion"

The officers for over 2 years while Plaintiff was incorcerated Could not justify why they unConstitutionaly kicked in Plaintiff's home door with-out a warrent or search warrent.

The prosecuter at a Suppression Hearing Said he do not know why the officers kicked in Plaintiff's Home door

Trial proceedings was held in State Court and Federal Court for Violation of probation, with all the evidence the officers Could bring, the officers Could not get a Conviction. Nor Could they Justify the illegal and unConstitutional Search and Seizure, or invasion of my Prevacy Violations.

## Damages

Because of the illegal search and seizure, invasion of privacy, fraud and false Charges et. al., I was held in prison for over 2 years. The false Charges had me facing over 20 years. For 2 years these officers tried to get me to plead guilty and have me Convicted of Charges that Carry over 20 years et al.,

## "Relief Prayed"

Summary Judgement of ($100,000.00) One Hundred Thousand Dollars

③

## Oath And Affidavit

I Declare and Affirm under penalty of perjury that the foregoing is true and Correct.

Declared And Affirmed October 28, 2007    *Ronald Johnson*
                                          Signed

## "Certificate OF Service"

I Declare and Affirm under penalty of perjury that the foregoing is true and Correct and that a true and full Copy was served on the below Parties and or attorney of the parties of this Suit.

Declare And Affirmed October 28, 2007    *Ronald Johnson*
                                          Signed

Julie M. Sebring (Id.#2259)
New Castle County Law Department
87 Reads Way, New Castle, De 19720

Judith A. Hildrick (Id.#3244)
New Castle County Law Department
87 Reads Way, New Castle, De 19720

Ronald Stoner (Id.#2818)
1107 Polly Drummond Plaza
Newark De, 19711

"Sent From"
Ronald E. Johnson
Home Address
27 Dorsey Lane
Bear, Deloware 19701

Temporaraly At
Howard R. Young Correctional Institution
1301 E. 12th Street
Wilmington, De 19809

(4)

Ronald G. Johnson
#182424 / H.R.Y.C.I.
1301 E. 12th Street
Wilmington, De 19809



Office of The Clerk
For The United States District Court
For The State of Delaware
844 N. King Street
Wilmington, Delaware 19801

INMATE LEGAL MAIL