# In The United States District Court
## For The District Of Delaware

Ronald G. Johnson
 Plaintiff
V.                                  Civil Action No. 06-240 ***
 Defendants
State of Delaware Andrew
Vella, Officer Marc Alfree,
Officer CPL. Scott Simpson,
Officer PFC Unger, Officer
Sgt. Schlecker, Officer Graham
Court of Common Pleas for The
State of Delaware In And For
New Castle County, Mayer Baker,
New Castle County Police Department,
Superior Court of The State of
Delaware In And For New Castle
County And It's Judges



FILED
NOV 1 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

" <u>Plaintiff Moves The Court For A Order Of Further Discovery
From The Defendants (And) Request Defendant Provide This Discovery</u> "

 Come Now, The Plaintiff Ronald G. Johnson Pro-Se and Move the Defendants, Defendants Counsel and The Court to Provide and Order the requested Further Discovery.

 1. a.) Plaintiff request the Court to Order or Defendant to Provide a transcript of the Computer arraignment when Plaintiff was arraigned before Judge Mcnesby of Justice of The Peace Court #11 on April 16, 2005

<u>pages 1-3</u>

b) "Statement OF The Facts"

Reason For This request for Discovery Plaintiff Claims is there was no arraignment held April 16, 2005 before Judge Mc Nesby at all which would explain a "Due Process Violation"

See: Criminal Rules 1-12 Criminal Procedures Del. Superior Court

c.) "Statement OF The Facts"

These officer prepare their own bail for Plaintiff and held Plaintiff without authority or jurisdiction.

See: Plaintiff Complaint at Paragraph 3 a.) – c.)

See: Officer Graham # 2603 Police Report Claiming I was arraigned April 16, 2005

2.) a.) Plaintiff demand and respectfully request a Copy of the 911 Phone Call on April 15, 2005.

"Statement OF The Facts"

b.) The Officers file in police reports that they were Called by Michelle A Roebuck regarding a demestic dispute with a weapon. The truth is they were not Called by Michelle for a demestic dispute with a weapon or knife.

3.) a.) Request a Copy of officer D. Price (Bg.#2520 N.C.C.P.D.) Police Report of the incident April 15, 2005. He was the lead Officer and First officer at the scene. He entered the Plaintiff Home and took Pictures

b) Request a Copy of pictures taken by officer D. Price Bg # 2520/N.C.C.P.D. April 15, 2005, OF the scene and knife

The officers Claim to have pictures of the scene and knife

4.) a.) Request a Copy of office R. Cras Bg# 2527/ N.C.C.P.D./ Data Police Report regarding the incident April 15, 2005.

b.) "Statement OF The Facts"

Officer Alfree bg# 2555 in his Police Report Claim to have given officer R. Cras # 2527/N.C.C.P.D./Data the warrent and evidence regarding this incident April 15, 2005. The belief is No warrent was issued till after plaintiff had already been illegally incarcerated. The warrent if any was issued, was issued to cover a illegal incarceration.

5.) Request a Copy of Police Report and booking information taken by officer Stewart bg# 2679 Finger Prints Pictures et. al.,

6.) Request a Copy of Sgt. R. Schlecker (#2296/N.C.C.P.D.) Police Report of his side of the incident April 15, 05

Oath And Affidavit /And/ Certificate of Service

I Declare under penalty of Perjury that a true and full Copy was Serve on the below parties I further Declare and Affirm that the above is true under penalty of perjury.
Declared and Affirmed November 7, 2007 Signed Ronald Stoner

Parties Served

| Ronald Stoner | Judith A Hildick | Julie M. Sebring |
| 1107 Polly Drummond Plaza | 87 Reads Way. | 87 Readway |
| Newark Delaware 19711 | New Castle, Delaware 19720 | New Castle, De. 19720 |



Ronald G. Johnson
#182421/H.R.Y.C.I./2F-cell#5
1301 E. 12th Street
Wilmington, Delaware 19409

"Legal Mail"

Office Of The Clerk
United States District Court
For The District Of Delaware
844 N. King Street
Wilmington, Delaware 19801