In The United States District Court
For The District OF Delaware

FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson )
Plaintiff )
Vs. )
Defendants ) Civil Action No. 06 - 240 BD scanned
State OF Delaware, )
OFFicer Marc Alfree et. al, )

"Plaintiff Request Interrogatory Questions Be Answered"

Comes Now, The Plaintiff Ronald G. Johnson and Moves, This Honorable Court to Order the Defendant to answer the Following Interrogatory Questions. And Request and Demand that the Defendants answer the Following Interrogatory Questions, without Court Order as this is part of the Rules of Civil Procedures.

1.) a.) Do Sgt R. Schlecker (OFFicer) Bg# 2296/N.C.C.P.D. Den Presenting Fraud to other officer to have Plaintiff door kicked in?

b.) What was Sgt R. Schlecker (OFFier Bg# 2296/N.C.C.P.D.) Reason for ordering Plaintiff door kicked open April 15, 2005?

"Statement OF The Facts"

c.) Stating "Denied" do not answer Plaintiff's Complaint regarding Fraud present by Sgt. R. Schlecker, Defendant Presented a Complaint Stating Sgt. R. Schlecker presented

Fraud to Officer PFC Unger Bg # 2478 that Plaintiff "R. Johnson had threaten to harm himself with a Knife and had barricaded himself inside the apartment."

See: Paragragh 1 of Plaintiff Complaint.

See: Officer PFC Unger Bg # 2478 Police Report

See: Sgt R. Schlecker's Police Report of incident April 16, 2005

2.) What was the officers "Probable Cause" reason for Kicking in plaintiff Ronald G. Johnson Home door with-out a warrent or Search worrent?

3.) CPL. Simpson States "Di was being Verbal "Very Verbal" with ambulance crew" What was the relavance of that Statement regarding Criminal Conduct of the Plaintiff On. April 15, 2005?

4.) a.) Plaintiff Request to know do officer PFC Unger Bg # 2478 / N.C.C.P.D. "Deny" Plaintiff Claim that officers was at every window of Plaintiff on April 15, 2005

b.) Looking in?

c.) And had Plaintiff's whole home surrounded?

" Statement OF The Facts "

Officers was at every window and had plaintiff home Surrounded, The whole neighborhood Saw this and Willing to testify to that fact.

5.) Why didn't officer Alfree Bg# 2555 Seek other Victims, Seeing he wrote in his Police Report he thought there were

3 others who was held at knife point April 15, 2005. Although he may not of been able to get their names From Michelle A. Roebuck one assomed victim because she may not have known their "Full Name" Why he did not Seek them by description and part name or Nick Name?

6.) a.) Who was the Physical arresting officer April 15, 2005?

b.) Which officer book me one the Charges?

c.) Which officer Read me my Rights and told me I was under arrest?

d.) Which officer told me my Charges?

e.) Which Justice of The Peace Court I appeared before to be arraigned on the Charges of the incident April 15, 2005

f.) Which Justice of The Peace Court do New Castle County Police Department officers use?

7.) Why the State took over 18 Months to resolve the Case, And it was Dismissed because the State Could not Justify the illegal seach and seizure. Why the State Violated Plaintiff 6th Amendment Federal Civil Constitution Rights. to a Speedy Trial?

Oath and Affidavit / Certificate Of Service

I Declare and Affirm under penalty of perjury that the forgoing is true and Correct. I Further Declare and Affirm that a true and Full Copy was served on the below Parties

Declared November 6, 07
Signed [signature]

Parties Served

Signed [signature] 11-06-07

1) Julie M. Sebring (Id# 2259)
New Castle County Law Dept.
87 Reads Way,
New Castle, Delaware 19720

2) Ronald Stoner (Id# 2818)
1107 Polly Drummond Plaza
Newark Delaware 19711

Judith A. Hildick (Id. #3244)
New Castle County Law Dept
87 Reads Way
New Castle, Delaware 19720



Ronald G. Johnson
#182421 / H.R.Y.C.I.
1301 E 12th Street
Wilmington, Delaware 19809
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
02 1A
0004615572
NOV 12 2007
MAILED FROM ZIP CODE 19802
OFFice OF The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801
U.S.M.S.
X-RAY
INMATE
LEGAL MAIL