In The United States District Court
For The District of Delaware

Ronald G. Johnson )
                  )
vs.               ) Civil Action No. 06-240
                  )
State OF Delaware )

Dear: Clerk

  Please send me a Copy of the "Original" Scheduling Order" I only have the Amended Scheduling Order. I have no money could you Please! send me a Curtisy Copy. Because I do not know when is my next Telephone Conference or Other proceedings.

Dear: Clerk

  On more thing Can you please tell me is my "New" address is on the Court docket sheet as I have writen below.


            Thank You Sincerely

                    Ronald Johnson  11-17-07

Ronald G. Johnson
#182421/HRYCI
1301 E. 12th Street
Wilmington, De 19809

"Legal Mail"

Office of The Clerk
United States District Court
for The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

INMATE LEGAL MAIL



$00.41
NOV 19 2007
MAILED FROM ZIP CODE 19802