OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 27, 2007

TO:

**Ronald G. Johnson**
SBI# 182421
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

   **RE:  *Letter to Clerk dated 11/17/07, CA 06-240\*\*\*-MPT***

Dear Mr. Johnson:


   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the docket sheet and D.I. #37 are enclosed without charge for this request only.*** Should you require copies in the future, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. Your current mailing address is shown on the docket sheet.


   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.


                              Sincerely,


/rbe                          PETER T. DALLEO
                              CLERK


cc:   CA 06-240-***-MPT