Christopher A. Coons
County Executive



Gregg E. Wilson
County Attorney

## OFFICE OF LAW

November 29, 2007

<u>**Hand delivered and Electronically filed**</u>
Hon. Mary Pat Thynge
U.S. District Court for the District of DE
844 North King Street, Lock Box 8
Wilmington, DE 19801

      ***RE:   Johnson v. State of Delaware, et al C.A. 06-240\*\*\****

Dear Judge Thynge:

     Pursuant to Your Honor's Amended Scheduling Order of March 23, 2007, found at Docket Index 47, future deadlines in the above-referenced case are to be determined following the Court's decision on case dispositive motions. However, no case dispositive motions have been filed in this matter, and the deadline for filing such motions has passed. To keep this case on track, Defense counsel respectfully requests a scheduling teleconference with Your Honor to review the status of the case.

                                  Respectfully submitted,

                                   <u>/s/ Judith A. Hildick</u>
                                   Judith A. Hildick, Esquire (I.D. No. 3244)
                                   First Assistant County Attorney
                                   Julie M. Sebring, Esquire (I.D. No. 2259)
                                   Assistant County Attorney
                                   New Castle County Law Department
                                   87 Reads Way, New Castle County, DE 19720
                                   *Attorneys for Defendant New Castle County Police Officers*
                                   *Alfree, Simpson, Unger, Schlecker and Graham*

                                   <u>/s/ Ronald L. Stoner</u>
                                   Ronald L. Stoner, Esquire (I.D. No.2818)
                                   Ronald L. Stoner, P.A.
                                   1107 Polly Drummond Plaza
                                   Newark, DE 19711
                                   *Attorney for Defendant New Castle County Police Officers*
                                   *Alfree, Simpson, Unger and Schlecker*

cc:    Ronald Johnson, via U.S. First Class Mail