IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-240 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Judith A. Hildick, First Assistant County Attorney hereby certify that on November 29, 2007, I electronically filed the foregoing "Letter to the Hon. Mary Pat Thynge" with the Clerk of the Court using CM/ECF and mailed a copy to *Pro se* Plaintiff as follows:

> Ronald G. Johnson
> SBI#182421
> Howard R. Young Correctional Institution
> P.O. Box 9561
> Wilmington, DE 19809

　　　　　　　　　　　　　　　　　　　　　  /s/   *Judith A. Hildick*
　　　　　　　　　　　　　　　　　　　　　Judith A. Hildick
　　　　　　　　　　　　　　　　　　　　　First Assistant County Attorney
　　　　　　　　　　　　　　　　　　　　　(Delaware Bar No. 3244)
　　　　　　　　　　　　　　　　　　　　　New Castle County Law Department
　　　　　　　　　　　　　　　　　　　　　87 Reads Way, New Castle, DE 19720
　　　　　　　　　　　　　　　　　　　　　Telephone: (302)395-5130