IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON a/k/a RONALD E. JOHNSON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> STATE OF DELAWARE, et al., : <br> : <br> Defendants. : | Civil Action No. 06-240-*** |

## ORDER

At Wilmington this **3rd** day of **December, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, December 11, 2007 at 9:00 a.m.** with Judge Thynge to discuss the status of this matter. **Judith A. Hildick, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE