In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
    Plaintiff )
V. )
     )
State Of Delaware, ) Civil Action No. 06-240
Andrew Vella, Officer )
Marc Alfree, Officer )
PFC. Unger, Office )
Sgt Schlecker, Office )
Graham, et. al., )

FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

"Notice Of Deposition"

Please Take Notice that Ronald G. Johnson Plaintiff Request to take deposition upon Oral examination of Officers list above at a Place, date and time as the Court may set forth. The Plaintiff Request the Court to Order testimony be taken by stenographic means before a person authorized to administer oaths. The Oral examination will Concern all matters, Facts and Circumstances relating to the Subject matter of the above Captioned Case

## "Oath And Affidavit"

I Declare and Affirm that the above is true and Correct under penalty of perjury

_Ronald Johnson_   1-4-08
Declare and Affirmed

## "Certificate of Service"

I Declare and Affirm that a true and full Copy was serve on the below parties

_Ronald Johnson_   1-4-08

### Parties Served

| Judith Hildick Esq (I.D. No. 3344) 87 Reads Way New Castle, ~~Delaware~~ ~~Department~~ Delaware 19720 | Julie M. Sebring Esq. (I.D. No. 2259) 87 Reads Way New Castle, De. 19720 | Ronald L. Stoner Esq. P.A. (I.D. No. 2818) 1107 Blly Drummond Plaza Newark, De. 19711 |
|---|---|---|

Ronald G. Johnson
#182421 / H.R.Y.C.I.
1301 E. 12th Street
Wilmington, Delaware 19801

U.S.M.S.
X-RAY

United States District Court
For The District Of Delaware
844 N. King Street
Wilmington Delaware 19801

INMATE LEGAL MAIL

