ORIGINAL

In The United States District Court
For The District Of Delaware

FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson )
       Plaintiff      )
V.                    ) Civil Action No. 06-240 SCR
                      )
State Of Delaware, et. al., )
       Defendants

1.) "Motion For Scheduling Teleconference"

    Comes Now, The Plaintiff and Moves this Honorable Court for a Scheduling teleconference (A.S.A.P.!) In support thereof Plaintiff asserts the Following.

             And
2.) "Motion For Status Of Case"

    Come Now the Plaintiff and Moves this Honorable Court for the Status of the Case. In Support thereof Plaintiff asserts the Following.

    To Keep the Case on track Plaintiff request a teleconference because the Case is Not moving. I am incarcerated but I was incarcerated when I filed this suit. Any Court date set is good on part of Plaintiff
    I want the Court to "Order" the Discovery Requested at Docket #63
    I want the Court to "Order" a answer to interrogatory Questions at Docket #64

"Certificate Of Service"

I Declare a true and Full Copy was serve on below parties   Ronald Johnson  2-14-08

1) Judith A. Hildrick Esq. I.D. No. 3244   2) Julie M. Sebring (I.D. No. 2257)   3) Ronald L. Stoner Esq. PA.
First Assistant County Attorney            Assistant County Attorney            (I.D. N. 2818)
87 Reads Way                               87 Reads Way                         1107 Polly Drummond Plaza
New Castle County, De 19720                New Castle County De 19720           Newark, De 19711

Ronald G. Johnson
#182421 / H.R.Y.C.I.
1301 E. 12th Street
Wilmington, De 19809





Clerk Office
Legal Mail
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, De 19801

INMATE
LEGAL MAIL