In The United States District Court
For The District Of Delaware

Re: Ronald G. Johnson )
　　　Vs. ) Civil Action No. 06-240
　　　State OF Delaware et.al., )

Request Copy OF Court's Docket Sheet
_____

Dear: Clerk

Could you please send me a Courtesy Copy of the Court's Docket Sheet. At this time I Can not afford to pay I am incarcerated and I am Proceeding Pro-Se in Forma Paupers

Thank You Sincerely

Ronald Johnson 3-5-08


FILED
MAR -7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

Ronald G. Johnson
#182444 / H.R.Y.C.I.
1301 E. 12th Street
Wilmington De 19809

United States District Court
for The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

INMATE
LEGAL MAIL