OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

March 17, 2008

TO: Ronald G. Johnson, Pro Se
    SBI #182421
    Howard R. Young Correctional Institution
    P.O. Box 9561
    Wilmington, DE 19809

**RE: REQUEST FOR COPY OF DOCKET, CA 06-240 SLR**

Dear Mr. Johnson:

This is in response to your letter received March 7, 2008 requesting a copy of the docket in the above noted civil action.

Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page. **A copy of the docket is enclosed, free of charge for this request only**. Should you require copies (including docket sheets) in the future, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe                                PETER T. DALLEO
                                    CLERK

cc: The Honorable Sue L. Robinson, CA 06-240 SLR