IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-240-SLR |
| ) | |
| OFFICER MARC ALFREE, OFFICER ) | |
| CPL. SCOTT SIMPSON, OFFICER ) | |
| PFC UNGER, OFFICER SGT. R. ) | |
| SCHLECKER, and OFFICER GRAHAM,) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 21st day of April, 2008, having reviewed the docket;

IT IS ORDERED that:

1. All discovery shall be completed on or before **July 18, 2008.**

2. Defendants shall respond to plaintiff's discovery requests (D.I. 63, 64), if they have not already, on or before **May 19, 2008.** In lieu of taking depositions (D.I. 73), plaintiff may submit, on or before **May 19, 2008,** no more than ten (10) written questions per defendant, which questions will be submitted to such identified deponents by the court at a time and place to be designated by subsequent order.

2. All motions for summary judgment, with accompanying briefs and appendices, shall be filed on **August 18, 2008.** Responsive briefs shall be filed on or before **September 18, 2008.** Reply briefs shall be filed on or before **October 2, 2008.**

3. Plaintiff's motions for judgment on the pleadings and to schedule a telephone

conference are denied.  (D.I. 72, 74)

_____
United States District Judge