In The United States District Court
For The District of Delaware

"Notice of Change of Address"

Bob
cc Betty

Reference To Civil Action No. 1-06-CV-240 SLR
And Civil Action No. 1-08-CV-196 JJF

Dear: Clerk and Court

Please take Notice of Change of address

"New Address"

1107 Columbia Avenue
Wilmington Delaware 19805

Thank You Sincerely Ronald Johnson
4-21-08