# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-240 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | : | |
| | : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

I, Julie M. Sebring, Assistant County Attorney, hereby certify that on May 19, 2008, I caused to be mailed, via United States first-class mail, a copy of "Answers of Defendants Alfree, Simpson, Unger, Schlecker and Graham to Plaintiff's November 6, 2007 Discovery Request" and a copy of "Answers of Defendants Alfree, Simpson, Unger, Schlecker and Graham to Plaintiff's November 7, 2007 Discovery Request" to Plaintiff and defense co-counsel at the following respective addresses:

        Ronald G. Johnson
        Pro Se
        1107 Columbia Avenue
        Wilmington, DE 19805

        Ronald L. Stoner, Esq.
        Ronald Stoner, P.A.

1107 Drummond Plaza
Newark, DE 19711-5705

NEW CASTLE COUNTY OFFICE OF LAW

  /s/   *Julie M. Sebring*
Julie M. Sebring, Esq., DE Bar Id No 2259
Assistant County Attorney
Reads Way, New Castle, DE 19720
Telephone: (302) 395-5147
*Attorneys for Defendants*