In The United States District Court
For The District of Delaware

Ronald G Johnson      )
    Plaintiff          )
V.                    ) Civil Action No. 06-240 SLR
                      )
Officer Marc Altone et. al,  )

<u>Plaintiff Now Request For A Mediator For
The Purpose of Pursuing Settlement</u>

   Come Now, The Plaintiff Ronald G. Johnson and Moves the Court to appoint a Mediator so this case can seek settlement.

Thank You Sincerely  Ronald Johnson
                          6-25-08