OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 6, 2008

**Julie M. Sebring**
New Castle County Law Dept.
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720

             Re:     Certificate of Service regarding discovery materials (D.I. 80)
                   Civil Action No. 06-240 -SLR
                   **Notice of Deficiency as to: Service of Discovery Documents upon**
                   **Ronald G. Johnson**

Dear Mrs. Sebring:

      Pursuant to Local Rule 5.4.(a), I write to report the Clerk has noted presently on the docket is a certificate of service indicating that discovery items have been submitted to Mr. Johnson, but the Court has been notified that those items still have yet to be served upon the plaintiff in this case. The Court is requesting that you take immediate action to correct the following deficiency :

___  1.  <u>Local Counsel</u> (Local Rule 83.5 (d))
           ___  All notices, pleadings and papers shall be served on local counsel
           ___  All papers filed with the Court must be signed by local counsel

___  2.  <u>Form of Papers</u> (Local Rule 5.1.1)
           ___  Cover page fails to comply with Local Rule 5.1.1
           ___  Information below signature line fails to comply with
                 Local Rule 5.1.1 & 7.1.3 (a)(1) - no Delaware Bar I.D. number
           ___  other:

**XX**  3.  <u>**Service**</u> **(Local Rule 5.2)**
           **XX**  **Paper lacks certification of service for service upon Plaintiff.**
           __   **Letter fails to identify proper service - No copy to the Clerk of Court**
                **Letter fails to indicate method of delivery for all recipients**

___  4.  <u>Number of Copies</u> (Local Rule 5.3 and the Court's Scheduling Order)

**XX**  5.  <u>**Discovery Materials**</u> **(Local Rule 5.4 (a)**
           **XX**  **Discovery documents lack service upon plaintiff**
           **XX**  **Discovery documents lack service upon the Court**
           **XX**  **Discovery documents were not filed electronically with the court**

6. <u>Motions</u> (Various Local Rules and the Court's Scheduling Order)
   ___ Failure to schedule conference with the Court prior to filing discovery motion according to the Court's Scheduling Order
   ___ Failure to include statement showing efforts to reach agreement according to Local Rule 7.1.1
   Failure to include pleading as amended, and one copy; the motion shall include a form of the amended pleading which shall indicate in what respect it differs from the pleading which it amends, by bracketing materials to be deleted and underlining materials to be added according to Local Rule 15.1
   ___ Discovery motion does not include or recite discovery that is subject of motion according to Local Rule 37.1
   ___ Failure to file an Opening Brief and accompanying affidavit(s) on the date of the filing of the said motion according to Local Rule 7.1.2.
   ___ No Notice of Motion is Required according to Local Rule 7.1.2
   ___ No Proposed Order filed with the motion

6. <u>Briefs</u> (Local Rule 7.1.3)
   ___ Cover
   ___ Format Local Rule 7.1.3 (a)(3)
   ___ Length
   ___ Other

7. <u>Request for Extension of Time</u> (Local Rule 16.4)
   ___ Lacks Statement
   ___ Other

8. <u>Other</u> -

Pursuant to Rule 5.4. (a) please promptly electronically file and serve a copy to the plaintiff in this case.

          Very truly yours,

          Larisha Davis
          Docket Clerk to the Honorable Sue L. Robinson