IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-240 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | : : : : : : : : : : : | |
| Defendants. | : | |

### UPDATED ANSWERS OF DEFENDANTS ALFREE, SIMPSON, UNGER, SCHLECKER AND GRAHAM TO PLAINTIFF'S FIRST DISCOVERY REQUEST

Defendants Alfree, Simpson, Unger, Schlecker and Graham ("County Defendants") hereby provide the following updated answers to Plaintiff's first discovery request. County Defendants reserve the right to supplement these answers pending additional investigation and discovery and as permitted by Fed. R. Civ. P. 26(e) and Orders of this Honorable Court.

1.a.    Plaintiff request[s] the Court to Order [the] Defendant to provide a transcript of the computer arraignment when Plaintiff was arraigned before Judge McNesby of Justice of the Peace Court #11 on April 16, 2005.

ANSWER:    Objection.  This request is vague and ambiguous.  By way of further answer, but without waiving the objection, to the extent that any such transcript exists, County Defendants are not in possession of any such transcript.

1.b.    Reason for this request for discovery Plaintiff claims is there was no arraignment held April 16, 2005 before Judge McNesby at all which would explain a "due process violation."

ANSWER:    Objection. This request is vague and ambiguous, and does not pose a question. By way of further answer, but without waiving the objection, County Defendants submit that no response on their part is required.  Further, but without waiving the objection, to the extent that this discovery request requires an admission or denial, County Defendants deny such an allegation.

1.c.    These officer[s] prepare their own bail for Plaintiff and held Plaintiff without authority or jurisdiction.

ANSWER:    Objection. This request is vague and ambiguous, and does not pose a question. By way of further answer, but without waiving the objection, County Defendants submit that no response on their part is required.  Further, but without waiving the objection, to the extent that this discovery request requires an admission or denial, County Defendants deny such an allegation.

2.a.    Plaintiff demand[s] and respectfully request[s] a copy of the 9-1-1 phone call on April 15, 2005.

ANSWER: A typed transcription of the referenced 9-1-1 call is provided herewith. Additionally, a copy of the cassette tape of such call will be provided to Plaintiff via regular mail.

2.b.   The officers file in police reports that they were called by Michelle A. Roebuck regarding a domestic dispute with a weapon. The truth is they were not called by Michelle for a domestic dispute with a weapon or knife.

ANSWER: Objection, to the extent that the Plaintiff is making an allegation. By way of further answer, but without waiving objection, please refer to the transcript of 9-1-1 call, referenced in the answer to 2.a., above. Additionally, and by way of example, what follows is the first line of the transcript of the call:

> Caller:    I'm having a problem – a domestic – I'm not sure
>            what it is –    domestic abuse. My boyfriend is . . .
>            and he has a assault    battery thing going on, with a
>            knife.

Also, on the fourth page of the transcript, the Caller identifies herself as follows:

> Operator:  What's your name ma'am?
>
> Caller:    My name is Michelle (with 2 L's) Roebuck and my middle name
>            spelled with a "A".

3.a.   Request a copy of Officer D. Price (Bg.#2520 NCCPD) Police Report of the incident [on] April 15, 2005. He was the lead officer and first officer at the scene. He entered the Plaintiff['s] home and took pictures.

ANSWER: Objection, to the extent that this discovery request is making an allegation. By way of further answer, but without waiving the objection, all New Castle County police reports in connection with the relevant incident were provided to Plaintiff as part of the County

Defendants' Initial Disclosures in November, 2006. However, copies of such reports are supplied herewith.

3.b.    Request a copy of pictures taken by Officer D. Price (Bg.#2520 NCCPD) April 15, 2005, of the scene and knife. The officers claim to have pictures of the scene and knife.

ANSWER:    To the extent such photographs exist, copies will be supplied to Plaintiff.

4.a.    Request a copy of Officer R. Cras (Bg. #2527 NCCPD) data police report regarding the incident April 15, 2005.

ANSWER:    Please see Answer to 3.a.

4.b.    Officer Alfree (Bg. #2555 NCCPD) in his police report claim[s] to have given Officer R. Cras (Bg. #2527 NCCPD) data the warrant and evidence regarding this incident [on] April 15, 2005. The belief is no warrant was issued until after Plaintiff had already been illegally incarcerated. The warrant if any was issued, was issued to cover an illegal incarceration.

ANSWER:    Objection. This request does not pose a question. By way of further answer, and without waiving the objection, to the extent it is an allegation, it is denied by the County Defendants.

5.    Request a copy of the police report and booking information taken by Officer Stewart (Bg. #2679 NCCPD) finger prints, pictures, et al.

ANSWER:    With respect to the police report, please see Answer to 3.a. With respect to photographs, please refer to the Answer to 4.a. With respect to finger prints, to the extent that the County Defendants are in control of responsive documents, they will be supplied.

6.    Request a copy of Sgt. R. Schlecker (Bg. #2296 NCCPD) police report of his side of the incident [on] April 15, 2005.

ANSWER:    Please see Answer to 3.a.

/s/ *Julie M. Sebring*

Julie M. Sebring, Esq., (Id. # 2259)
Assistant County Attorney
Judith A. Hildick, Esq. (Id. # 3244)
First Assistant County Attorney
New Castle County Law Department
87 Reads Way, New Castle, DE  19720
(302) 395-5130
*Attorneys for Answering Defendants Officer Marc Alfree, Cpl Scott Simpson, Officer James Unger, Sgt. Robert Schlecker and Officer Michael Graham*

/s/ *Ronald Stoner*
Ronald Stoner (Id. # 2818)
1107 Polly Drummond Plaza
Newark, DE 19711
(302)369-6400
*Attorney for Answering Defendants Officer Marc Alfree, Cpl Scott Simpson, Officer James Unger and Sgt. Robert Schlecker*

Dated:  August 8, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON,<br><br>        Plaintiff,<br>v.<br><br>STATE OF DELAWARE, ANDREW VELLA, OFFICER MARC ALFREE, OFFICER CPL SCOTT SIMPSON, OFFICER PFC UNGER, OFFICER SGT. R. SCHLECKER, OFFICER GRAHAM, COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY, MAYOR BAKER, NEW CASTLE COUNTY POLICE DEPARTMENT, and SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY AND ITS JUDGES, | C.A. No. 06-240 SLR<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, hereby certify that on August 8, 2008, I caused to be served **Updated Answers of Defendants Alfree, Simpson, Unger, Schlecker and Graham to Plaintiff's First Discovery Request** via the Clerk of the Court using CM/ECF electronic filing and Certified U.S. Mail to the following:

Ronald G. Johnson
Pro Se Plaintiff
1107 Columbia Avenue
Wilmington, DE 19805

**NEW CASTLE COUNTY OFFICE OF LAW**

 /s/ Julie M. Sebring
Assistant County Attorney
New Castle County Government Center
87 Read's Way
New Castle, DE 19720
(302) 395-5130