In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
    Plaintiff )
v. ) Civil Action No. 06-240 SLR
State Of Delaware )

"Motion To Strike Motion To Appoint Mediator At 81 Of Court Docket"

Comes Now, The Plaintiff Ronald G. Johnson and Moves the Court to strike his request for a mediator. I have talk to the Defendants Attorney and no settlement can be reached

"Request Immediate Trial Date"

Plaintiff further request a immediate Trial date

Thank You Sincerely     Ronald Johnson
8-8-08