In The United States District Court
For The District OF Delaware

Administrative Notice OF Change OF Address For
3 different Civil Action Lawsuit Case. 1.) Civil Action
No. 06-240-SLR.    2.) Civil Action No. 08-196 -
3.) Civil Action No. 08-479 . Chang Address below

" New Address "

832 W.6th Street
Wilmington, Delaware 19802
(302) 655-1293

Thank You Sincerely    *Ronald Johnson*

Ronald G. Johnson