

**Other Orders/Judgments**
1:06-cv-00240-SLR Johnson v. Alfree et al.
MEDIATION, PaperDocuments, VACANTJUDGESHIP

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 8/13/2008 at 11:28 AM EDT and filed on 8/13/2008
**Case Name:** Johnson v. Alfree et al.
**Case Number:** 1:06-cv-240
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SO ORDERED, re [86] MOTION to Strike [81] MOTION to Appoint Mediator. Signed by Judge Sue L. Robinson on 8/13/2008. (nmf)**

**1:06-cv-240 Notice has been electronically mailed to:**

Julie M. Sebring  jmsebring@nccde.org

Ronald Stoner  ronstoneresq@aol.com

Judith A. Hildick  jahildick@co.new-castle.de.us, jkinsey-romano@nccde.org

**1:06-cv-240 Notice has been delivered by other means to:**

Ronald G. Johnson
832 W. 6th Street
Wilmington, DE 19802